# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION

        Plaintiff(s)

v.

ZSCALER, INC.,

        Defendant(s)

CASE No C  3:17-cv-04426-JST

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☑ **Private ADR** (*specify process and provider*)
  Mediator to be selected by the parties

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

- ☑ other requested deadline:  Within 45 days of Markman op.

Date: 10/12/2017

/s/ Kurt M. Pankratz
Attorney for Plaintiff

Date: 10/12/2017

/s/ Matthew Werdegar
Attorney for Defendant

- ☐ IT IS SO ORDERED
- ☑ IT IS SO ORDERED WITH MODIFICATIONS: Deadline is May 14, 2018

Date: December 18, 2017

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*