| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)<br>kurt.pankratz@bakerbotts.com<br>Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)<br>chad.walters@bakerbotts.com<br>James C. Williams (SBN 24075284) (*Pro Hac Vice*)<br>james.williams@bakerbotts.com<br>Harrison G. Rich (SBN 24083730) (*Pro Hac Vice*)<br>harrison.rich@bakerbotts.com<br>Clarke Stavinoha (SBN 24093198) *(Pro Hac Vice)*<br>clarke.stavinoha@bakerbotts.com<br>2001 Ross Avenue, Suite 700<br>Dallas, TX 75201<br>Tel: (214) 953-6500/Fax: (214) 953-6503<br><br>Wayne O. Stacy (SBN 341579)<br>wayne.stacy@bakerbotts.com<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Tel: (415) 291-6206/Fax: (415) 291-6306<br><br>Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)<br>jennifer.tempesta@bakerbotts.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (212) 408-2500/Fax: (212) 408-2501<br><br>Attorneys for Plaintiff<br>SYMANTEC CORPORATION | **KEKER, VAN NEST & PETERS LLP**<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>LEO L. LAM - # 181861<br>llam@keker.com<br>MATTHEW M. WERDEGAR - # 200470<br>mwerdegar@keker.com<br>MICHELLE YBARRA - # 260697<br>mybarra@keker.com<br>COREY A. JOHANNINGMEIER - # 251297<br>cjohanningmeier@keker.com<br>JUSTINA SESSIONS - # 270914<br>jsessions@keker.com<br>GRACE Y. YANG - # 286635<br>gyang@keker.com<br>BAILEY HEAPS - # 295870<br>bheaps@keker.com<br>NEHA MEHTA - # 298771<br>nmehta@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Defendant<br>ZSCALER, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>　　　　　Plaintiff,<br>　　vs.<br>ZSCALER, INC.,<br>　　　　　Defendant. | Case No. 3:17-CV-04426-JST<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR ZSCALER'S MOTION TO STAY (DKT. 130); [PROPOSED] ORDER** |

Plaintiff Symantec Corporation and Defendant Zscaler, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS the Defendant filed a Motion to Stay Proceedings on '498 Patent Pending Inter Partes Review (Dkt. 130), on December 20, 2017;

WHEREAS, the Plaintiffs deadline to respond is January 3, 2018;

WHEREAS the parties have agreed to extend the time for the Plaintiff to file its Response to the Motion to Stay ("Response") up until and including January 15, 2018;

WHEREAS the parties have agreed to extend the time for the Defendant to file its Reply to the Motion to Stay ("Reply") up until and including January 25, 2018;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT Plaintiff shall have up until and including January 15, 2018 to file its Response and Defendant shall have up until and including January 25, 2018 to file its Reply.

DATED: January 3, 2018.

Respectfully submitted,

| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
|---|---|
| /s/ Kurt M. Pankratz | /s/ Bailey Heaps |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | Robert A. Van Nest - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | Leo L. Lam - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James Williams (SBN 24075284) (*Pro Hac Vice*) | Matthew M. Werdegar - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison Rich (SBN 24083730) (*Pro Hac Vice*) | Michelle Ybarra - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) *(Pro Hac Vice)* | Corey A. Johanningmeier - # 251297 |
| clarke.stavinoha@bakerbotts.com | cjohanningmeier@keker.com |
| 2001 Ross Avenue, Suite 700 | Grace Y. Yang - # 286635 |
| Dallas, TX 75201 | gyang@keker.com |
| Tel: (214) 953-6500/Fax: (214) 953-6503 | Bailey Heaps - # 295870 |
| | bheaps@keker.com |
| | Neha Mehta - # 298771 |
| | nmehta@keker.com |
| | 633 Battery Street |

| | |
|---|---|
| Wayne O. Stacy (SBN 341579)<br>wayne.stacy@bakerbotts.com<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Tel: (415) 291-6206/Fax: (415) 291-6306 | San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendant<br>ZSCALER, INC. |

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND
SYMANTEC LIMITED

## Attestation Regarding Signatures

I, Harrison G. Rich, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 3, 2018                              By:     /s/  *Harrison G. Rich*
                                                                    Harrison G. Rich


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  January 3, 2017                              _____
                                                                    Honorable Jon S. Tigar
                                                                    United States District Judge

Joint Stipulation to Extend Briefing Schedule
Case: 3:17-CV-04426-JST