| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | BAKER BOTTS L.L.P. |
| ROBERT A. VAN NEST - # 84065 | KURT M. PANKRATZ - # 24013291 (*Pro Hac Vice*) |
| rvannest@keker.com | |
| LEO L. LAM - # 181861 | kurt.pankratz@bakerbotts.com |
| llam@keker.com | CHAD C. WALTERS - # 24034730 (*Pro Hac Vice*) |
| MATTHEW M. WERDEGAR - # 200470 | |
| mwerdegar@keker.com | chad.walters@bakerbotts.com |
| MICHELLE YBARRA - # 260697 | JAMES C. WILLIAMS - # 24075284 (*Pro Hac Vice*) |
| mybarra@keker.com | |
| COREY A. JOHANNINGMEIER - # 251297 | james.williams@bakerbotts.com |
| | HARRISON G. RICH - # 24083730 (*Pro Hac Vice*) |
| cjohanningmeier@keker.com | |
| JUSTINA SESSIONS - # 270914 | harrison.rich@bakerbotts.com |
| jsessions@keker.com | CLARKE STAVINOHA - # 24093198 *(Pro Hac Vice)* |
| GRACE Y. YANG - # 286635 | |
| gyang@keker.com | clarke.stavinoha@bakerbotts.com |
| BAILEY HEAPS - # 295870 | 2001 Ross Avenue, Suite 700 |
| bheaps@keker.com | Dallas, TX 75201 |
| NEHA MEHTA - # 298771 | Telephone:   214 953 6500 |
| nmehta@keker.com | Facsimile:   214  953 6503 |
| 633 Battery Street | WAYNE O. STACY - # 341579 |
| San Francisco, CA 94111-1809 | wayne.stacy@bakerbotts.com |
| Telephone:   415 391 5400 | 101 California Street, Suite 3600 |
| Facsimile:   415 397 7188 | San Francisco, CA 94111 |
| | Telephone:   415 291 6206 |
| Attorneys for Defendant | Facsimile:   415  2916306 |
| ZSCALER, INC. | JENNIFER TEMPESTA - # 4397089 (*Pro Hac Vice*) |
| | jennifer.tempesta@bakerbotts.com |
| | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| | Telephone:   212 408 2500 |
| | Facsimile:   212  408 2501 |
| | Attorneys for Plaintiff |
| | SYMANTEC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION, | Case No. 3:17-cv-04426-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING THE TIME IN WHICH TO COMPLETE  CLAIM CONSTRUCTION DISCOVERY AND BRIEFING** |
| v. | |
| ZSCALER, INC., | |
| Defendant. | Judge:      Honorable Jon S. Tigar |
| | Date Filed: December 12, 2016 |
| | Trial Date: Not set |

**ORDER**

For good cause shown, the times for the following events, as ordered in this Court's November 20, 2017 Scheduling Order, ECF No. 121, shall be extended as follows. The time for the closing of claim construction discovery shall be extended to March 2, 2018. The time for filing of Plaintiff's opening claim construction brief shall be extended to March 16, 2018. The time for filing of Defendant's responsive claim construction brief shall be extended to April 6, 2018. And the time for filing of Plaintiff's reply claim construction brief shall be extended to April 17, 2018.

IT IS SO ORDERED.

Dated: February 22, 2018

HON. JON S. TIGAR
U.S. DISTRICT JUDGE