UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 17-cv-04426-JST (MEJ)<br><br>**ORDER RE: LETTER BRIEFS**<br><br>Re: Dkt. Nos. 165, 166 |

The parties filed two letter briefs for the undersigned's consideration. *See* Amendment Ltr. Br., Dkt. No. 165; Chart Sufficiency Ltr. Br., Dkt. No. 166.

1. Zscaler shall file a supplemental brief and/or declaration from counsel demonstrating how the three facts identified in the Letter Brief (amendment of the complaint, disclosure Symantec would not seek any claim construction that could render claim 5 non-abstract, and abandoning of the representative claim of the '116 patent) constitute newly discovered information justifying amendment of Zscaler's invalidity contentions or otherwise provide "good cause" under Patent Local Rule 3-6.

2. The undersigned will not strike Zscaler's 41 invalidity charts. The undersigned may order Zscaler to supplement its charts, but at present lacks sufficient information to determine whether that is appropriate. No later than March 30, 2018, Symantec shall select 7 charts it contends do not comply with Patent Local Rule 3-3(c) and provide a detailed analysis of why the charts are deficient.

These supplemental briefs are due by April 3, 2018, and responses by April 13, 2018.

**IT IS SO ORDERED.**

Dated: March 20, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge