UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br>        Plaintiff,<br>    v.<br>ZSCALER, INC.,<br>        Defendant. | Case No. 17-cv-04426-JST (MEJ)<br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 165, 166, 174 |

Pending before the Court are three letter briefs filed by the parties in this patent infringement action. Amendment Ltr. Br., Dkt. No. 165; Symantec Chart Sufficiency Ltr., Dkt. No. 166; Zscaler Chart Sufficiency Ltr., Dkt. No. 174. The Court ordered supplemental briefing regarding the first two letters (Dkt. No. 168), and the parties complied with that Order (Symantec Suppl. Brs., Dkt. Nos. 175, 183; Zscaler Suppl. Brs., Dkt. No. 177, 182). The parties have met and conferred regarding the issues raised therein but have reached an impasse.

Zscaler's request to amend its invalidity contentions to add claim 5 of the '116 patent and the seven claims that depend upon it is GRANTED, but the new invalidity contentions are subject to insufficiency challenges by Symantec.

Zscaler argues that "Symantec offers no explanation of how or why the specific excerpts and cross-references disclosed by Zscaler are insufficient; or how Zscaler allegedly violates Rule 3-3(c)." Dkt. No. 166 at 4. Symantec argues that "Zscaler appears to assert that Symantec's explanations for every single claim is deficient without addressing why Zscaler contends Symantec's specific explanations for each of these elements is deficient. Because Zscaler does not address why Symantec's specific explanations are deficient for each claim element, Zscaler's request is unreasonably vague and overbroad." Dkt. No. 174 at 5. The undersigned will not

analyze each of the contested claims. The attorneys who have signed the original and supplemental letter briefs at issue in this Order shall appear in person in the undersigned's courtroom to meet and confer regarding the sufficiency of their invalidity charts and their compliance with Patent Local Rule 3-1(c) and 3-3(c). Within one week of the date of this Order, the parties shall contact Rose Maher, the undersigned's courtroom deputy, at 415.522.4708 to inform her of their joint availability in the next three weeks.

During the meet and confer session, the parties shall explain to each other "how or why" each of the specific claim elements are deficient, and why the opposing parties believe they meet the Patent Local Rules' requirements. At the conclusion of the meet and confer session, the parties shall create a document identifying every claim element whose sufficiency remains contested, and a succinct explanation of what specifically is missing or why the claim element complies with the Patent Local Rules' requirements. The Court shall rule based on that document.

**IT IS SO ORDERED.**

Dated: April 18, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge