| | |
|---|---|
| **BAKER BOTTS L.L.P.** | **KEKER, VAN NEST & PETERS LLP** |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | ROBERT A. VAN NEST - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | LEO L. LAM - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James C. Williams (SBN 24075284) (*Pro Hac Vice*) | MATTHEW M. WERDEGAR - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison G. Rich (SBN 24083730) (*Pro Hac Vice*) | MICHELLE YBARRA - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice)* | COREY A. JOHANNINGMEIER - # 251297 |
| clarke.stavinoha@bakerbotts.com | cjohanningmeier@keker.com |
| 2001 Ross Avenue, Suite 700 | JUSTINA SESSIONS - # 270914 |
| Dallas, TX 75201 | jsessions@keker.com |
| Tel: (214) 953-6500/Fax: (214) 953-6503 | GRACE Y. YANG - # 286635 |
| | gyang@keker.com |
| Wayne O. Stacy (SBN 341579) | BAILEY HEAPS - # 295870 |
| wayne.stacy@bakerbotts.com | bheaps@keker.com |
| 101 California Street, Suite 3600 | NEHA MEHTA - # 298771 |
| San Francisco, CA 94111 | nmehta@keker.com |
| Tel: (415) 291-6206/Fax: (415) 291-6306 | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*) | Telephone: 415 391 5400 |
| jennifer.tempesta@bakerbotts.com | Facsimile: 415 397 7188 |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | Attorneys for Defendant |
| Tel: (212) 408-2500/Fax: (212) 408-2501 | ZSCALER, INC. |

Attorneys for Plaintiff
SYMANTEC CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>Plaintiff,<br>vs.<br>ZSCALER, INC.,<br>Defendant. | Case No. 3:17-CV-04426-JST<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR SYMANTEC'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DKT. 193);** [PROPOSED] **ORDER** |

| | |
|---|---|
| 1 | Plaintiff Symantec Corporation and Defendant Zscaler, Inc., by and through their |
| 2 | respective counsel, hereby stipulate and agree as follows: |
| 3 | WHEREAS the Plaintiff filed a Motion for Leave to File Second Amended Complaint |
| 4 | (Dkt. 193) (the "Motion") on May 15, 2018; |
| 5 | WHEREAS, the Defendant filed its Opposition (Dkt. 198) to the Motion on May 29, |
| 6 | 2018; |
| 7 | WHEREAS, the Plaintiff's deadline to file its Reply in Support of the Motion ("Reply") |
| 8 | is June 5, 2018; |
| 9 | WHEREAS the parties have agreed to extend the time for the Plaintiff to file its Reply |
| 10 | up until and including June 8, 2018; |
| 11 | NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT |
| 12 | Plaintiff shall have up until and including June 8, 2018 to file its Reply. |
| 13 | |
| 14 | DATED: May 31, 2018. |
| 15 | Respectfully submitted, |
| 16 | |
| 17 | BAKER BOTTS L.L.P.                                    KEKER, VAN NEST & PETERS LLP |

| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
|---|---|
| */s/ Clarke Stavinoha* | */s/ Bailey Heaps* |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | Robert A. Van Nest - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | Leo L. Lam - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James Williams (SBN 24075284) (*Pro Hac Vice*) | Matthew M. Werdegar - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison Rich (SBN 24083730) (*Pro Hac Vice*) | Michelle Ybarra - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) *(Pro Hac Vice)* | Corey A. Johanningmeier - # 251297 |
| clarke.stavinoha@bakerbotts.com | cjohanningmeier@keker.com |
| 2001 Ross Avenue, Suite 700 | Grace Y. Yang - # 286635 |
| Dallas, TX 75201 | gyang@keker.com |
| Tel: (214) 953-6500/Fax: (214) 953-6503 | Bailey Heaps - # 295870 |
| | bheaps@keker.com |
| | Neha Mehta - # 298771 |
| | nmehta@keker.com |
| | 633 Battery Street |

| | |
|---|---|
| Wayne O. Stacy (SBN 341579) | San Francisco, CA 94111-1809 |
| wayne.stacy@bakerbotts.com | Telephone: 415 391 5400 |
| 101 California Street, Suite 3600 | Facsimile: 415 397 7188 |
| San Francisco, CA 94111 | |
| Tel: (415) 291-6206/Fax: (415) 291-6306 | Attorneys for Defendant |
| | ZSCALER, INC. |
| Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*) | |
| jennifer.tempesta@bakerbotts.com | |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | |
| Tel: (212) 408-2500/Fax: (212) 408-2501 | |

Attorneys for Plaintiff
SYMANTEC CORPORATION

**Attestation Regarding Signatures**

I, Clarke Stavinoha, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 31, 2018               By:  */s/ Clarke Stavinoha*
                                          Clarke Stavinoha


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 1, 2018

Honorable Jon S. Tigar
United States District Judge