**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) *(Pro Hac Vice)*
clarke.stavinoha@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206
Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500
Fax: (212) 408-2501

Attorneys for Plaintiff
SYMANTEC CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ZSCALER, INC,<br><br>Defendant. | Case No. 3:17-CV-04426-JST<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING MARKMAN HEARING AND CASE MANAGEMENT CONFERENCE DATE<br><br>Judge: Honorable Jon S. Tigar<br><br>Date Filed: December 12, 2016<br>Trial Date: Not set |

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST
Case: 3:17-cv-04426-JST                                        1

**ORDER**

For good cause shown, the Court continues the date of the *Markman* hearing and Case Management Conference from July 17, 2018 to 9:30 A.M. on July 31, 2018.

IT IS SO ORDERED.

Dated: June 1, 2018

HON. JON S. TIGAR

U.S. DISTRICT JUDGE