**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) *(Pro Hac Vice)*
clarke.stavinoha@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206
Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500
Fax: (212) 408-2501

Attorneys for Plaintiff
SYMANTEC CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ZSCALER, INC,<br><br>Defendant. | Case No. 3:17-CV-04426-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR CLAIM CONSTRUCTION ORDER PURSUANT TO CIVIL LOCAL RULE 7-12**<br><br>Judge: Honorable Jon S. Tigar<br><br>Date Filed: December 12, 2016<br>Trial Date: Not set |

# **ORDER**

As the parties have stipulated that the claim term "network object" of the '113 Patent be construed as "addressable network device or resource, including servers, workstations, routers, firewalls, switches and files stored in memory within those devices or resources," and the claim term "caller's address" of the '543 Patent be construed as "memory location of the malicious code," the Court grants the parties' STIPULATED REQUEST FOR CLAIM CONSTRUCTION ORDER.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 31, 2018

HON. JON S. TIGAR
U.S. DISTRICT JUDGE