**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
LEO L. LAM - # 181861
llam@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
JUSTINA SESSIONS - # 270914
jsessions@keker.com
BAILEY HEAPS - # 295870
bheaps@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
NEHA MEHTA - # 298771
nmehta@keker.com
ANNA PORTO - #319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
ZSCALER, INC.

**BAKER BOTTS L.L.P.**
KURT M. PANKRATZ -#24013291 (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
CHAD C. WALTERS - # 24034730 (*Pro Hac Vice*)
chad.walters@bakerbotts.com
JAMES C. WILLIAMS - # 24075284 (*Pro Hac Vice*)
james.williams@bakerbotts.com
HARRISON G. RICH - # 24083730 (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
CLARKE STAVINOHA - # 24093198 *(Pro Hac Vice)*
clarke.stavinoha@bakerbotts.com
MORGAN GRISSUM - # 24084387 (*Pro Hac Vice*)
morgan.grissum@bakerbotts.com
BRYAN D. PARRISH - # 24089039)(*Pro Hac Vice*)
bryan.parrish@bakerbotts.com
CASEY L. SHOMAKER - #24110359 (*Pro Hac Vice*)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: 214 953 6500
Facsimile: 214 953 6503

WAYNE O. STACY - # 341579
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: 415 291 6206
Facsimile: 415 2916306

Attorneys for Plaintiff
SYMANTEC CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 3:17-cv-04426-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER AMENDING THE SCHEDULING ORDER**<br><br>Ctrm: 9<br>Judge: Honorable Jon S. Tigar<br><br>Date Filed: June 22, 2017<br>Trial Date: June 15, 2020 |

Plaintiff Symantec Corporation ("Symantec") and Defendant Zscaler, Inc., ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court issued a Scheduling Order (ECF No. 241) setting case deadlines through trial;

WHEREAS, Symantec requested and Zscaler agreed to extend the deadline for the cut-off of fact discovery in view of trial conflicts for members of Symantec's counsel;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court extending the deadline for fact discovery cutoff by two weeks as set forth below:

| Event | Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact discovery cut-off | June 14, 2019 | June 28, 2019 |
| Expert disclosures | August 20, 2019 | No change. |
| Expert rebuttal | October 8, 2019 | No change. |
| Expert discovery cut-off | November 15, 2019 | No change. |
| Opening briefs, dispositive and *Daubert* motions | January 17, 2020 | No change. |
| Opposition briefs, dispositive & *Daubert* motions | February 5, 2020 | No change. |
| Reply briefs, dispositive and & *Daubert* motions | February 25, 2020 | No change. |
| Hearing, dispositive and *Daubert* hearing | March 19, 2020 at 2:00 p.m. | No change. |
| Exchange of exhibits and exhibit list | May 1, 2020 | No change. |
| Motions in limine | May 12, 2020 | No change. |
| Oppositions to motions in limine | May 19, 2020 | No change. |
| Pretrial conference statement | May 22, 2020 | No change. |
| Pretrial conference | May 29, 2020 | No change. |
| Trial | June 15, 2020 at 8:00 a.m. | No change. |

1  DATED: April 25, 2019

2  Respectfully submitted,

3

| | |
|---|---|
| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
| */s/ Bryan D. Parrish* | */s/ Leo L. Lam* |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | ROBERT A. VAN NEST - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | LEO L. LAM - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James Williams (SBN 24075284) (*Pro Hac Vice*) | MATTHEW M. WERDEGAR - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison Rich (SBN 24083730) (*Pro Hac Vice*) | JUSTINA SESSIONS - # 270914 |
| harrison.rich@bakerbotts.com | jsessions@keker.com |
| Clarke Stavinoha (SBN 24093198) (Pro Hac Vice) | BAILEY HEAPS - # 295870 |
| clarke.stavinoha@bakerbotts.com | bheaps@keker.com |
| Bryan D. Parrish (SBN 24089039) (Pro Hac Vice) | DAVID J. ROSEN - # 296139 |
| bryan.parrish@bakerbotts.com | drosen@keker.com |
| Morgan E. Grissum (SBN 24084387) (Pro Hac Vice) | NEHA MEHTA - # 298771 |
| morgan.grissum@bakerbotts.com | nmehta@keker.com |
| Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*) | ANNA PORTO - #319903 |
| casey.shomaker@bakerbotts.com | aporto@keker.com |
| 2001 Ross Avenue, Suite 700 | 633 Battery Street |
| Dallas, TX 75201 | San Francisco, CA 94111-1809 |
| Tel: (214) 953-6500/Fax: (214) 953-6503 | Telephone: 415 391 5400 |
| | Facsimile: 415 397 7188 |
| Wayne O. Stacy (SBN 341579) | |
| wayne.stacy@bakerbotts.com | Attorneys for Defendant |
| 101 California Street, Suite 3600 | ZSCALER, INC. |
| San Francisco, CA 94111 | |
| Tel: (415) 291-6206/Fax: (415) 291-6306 | |
| | |
| Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*) | |
| jennifer.tempesta@bakerbotts.com | |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | |
| Tel: (212) 408-2500/Fax: (212) 408-2501 | |
| | |
| Attorneys for Plaintiffs | |