| | |
|---|---|
| **KEKER, VAN NEST & PETERS LLP** | **BAKER BOTTS L.L.P.** |
| ROBERT A. VAN NEST - # 84065 | KURT M. PANKRATZ -#24013291 (*Pro Hac Vice*) |
| rvannest@keker.com | kurt.pankratz@bakerbotts.com |
| LEO L. LAM - # 181861 | CHAD C. WALTERS - # 24034730 (*Pro Hac Vice*) |
| llam@keker.com | chad.walters@bakerbotts.com |
| MATTHEW M. WERDEGAR - # 200470 | JAMES C. WILLIAMS - # 24075284 (*Pro Hac Vice*) |
| mwerdegar@keker.com | james.williams@bakerbotts.com |
| JUSTINA SESSIONS - # 270914 | HARRISON G. RICH - # 24083730 (*Pro Hac Vice*) |
| jsessions@keker.com | harrison.rich@bakerbotts.com |
| BAILEY HEAPS - # 295870 | CLARKE STAVINOHA - # 24093198 *(Pro Hac Vice)* |
| bheaps@keker.com | clarke.stavinoha@bakerbotts.com |
| DAVID J. ROSEN - # 296139 | MORGAN GRISSUM - # 24084387 (*Pro Hac Vice*) |
| drosen@keker.com | morgan.grissum@bakerbotts.com |
| NEHA MEHTA - # 298771 | BRYAN D. PARRISH - # 24089039)(*Pro Hac Vice*) |
| nmehta@keker.com | bryan.parrish@bakerbotts.com |
| ANNA PORTO - #319903 | CASEY L. SHOMAKER - #24110359 (*Pro Hac Vice*) |
| aporto@keker.com | casey.shomaker@bakerbotts.com |
| 633 Battery Street | 2001 Ross Avenue, Suite 900 |
| San Francisco, CA 94111-1809 | Dallas, TX 75201 |
| Telephone:  415 391 5400 | Telephone:  214 953 6500 |
| Facsimile:  415 397 7188 | Facsimile:  214 953 6503 |

Attorneys for Defendant
ZSCALER, INC.

WAYNE O. STACY - # 341579
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone:  415 291 6206
Facsimile:  415 2916306

Attorneys for Plaintiff
SYMANTEC CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 3:17-cv-04426-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER AMENDING THE SCHEDULING ORDER**<br><br>Ctrm:    9<br>Judge:   Honorable Jon S. Tigar<br><br>Date Filed:  June 22, 2017<br>Trial Date:   June 15, 2020 |

Plaintiff Symantec Corporation ("Symantec") and Defendant Zscaler, Inc., ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court issued a Scheduling Order (ECF No. 241) setting case deadlines through trial;

WHEREAS, Symantec requested and Zscaler agreed to extend the deadline for the cut-off of fact discovery in view of trial conflicts for members of Symantec's counsel;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court extending the deadline for fact discovery cutoff by two weeks as set forth below:

| Event | Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact discovery cut-off | June 14, 2019 | June 28, 2019 |
| Expert disclosures | August 20, 2019 | No change. |
| Expert rebuttal | October 8, 2019 | No change. |
| Expert discovery cut-off | November 15, 2019 | No change. |
| Opening briefs, dispositive and *Daubert* motions | January 17, 2020 | No change. |
| Opposition briefs, dispositive & *Daubert* motions | February 5, 2020 | No change. |
| Reply briefs, dispositive and & *Daubert* motions | February 25, 2020 | No change. |
| Hearing, dispositive and *Daubert* hearing | March 19, 2020 at 2:00 p.m. | No change. |
| Exchange of exhibits and exhibit list | May 1, 2020 | No change. |
| Motions in limine | May 12, 2020 | No change. |
| Oppositions to motions in limine | May 19, 2020 | No change. |
| Pretrial conference statement | May 22, 2020 | No change. |
| Pretrial conference | May 29, 2020 | No change. |
| Trial | June 15, 2020 at 8:00 a.m. | No change. |

DATED: April 25, 2019

Respectfully submitted,

| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
|---|---|
| /s/ Bryan D. Parrish<br>Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)<br>  kurt.pankratz@bakerbotts.com<br>Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)<br>  chad.walters@bakerbotts.com<br>James Williams (SBN 24075284) (*Pro Hac Vice*)<br>  james.williams@bakerbotts.com<br>Harrison Rich (SBN 24083730) (*Pro Hac Vice*)<br>  harrison.rich@bakerbotts.com<br>Clarke Stavinoha (SBN 24093198) (Pro Hac Vice)<br>  clarke.stavinoha@bakerbotts.com<br>Bryan D. Parrish (SBN 24089039) (Pro Hac Vice)<br>  bryan.parrish@bakerbotts.com<br>Morgan E. Grissum (SBN 24084387) (Pro Hac Vice)<br>  morgan.grissum@bakerbotts.com<br>Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*)<br>  casey.shomaker@bakerbotts.com<br>2001 Ross Avenue, Suite 700<br>Dallas, TX 75201<br>Tel: (214) 953-6500/Fax: (214) 953-6503<br><br>Wayne O. Stacy (SBN 341579)<br>  wayne.stacy@bakerbotts.com<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Tel: (415) 291-6206/Fax: (415) 291-6306<br><br>Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)<br>  jennifer.tempesta@bakerbotts.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (212) 408-2500/Fax: (212) 408-2501<br><br>Attorneys for Plaintiffs | /s/ Leo L. Lam<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>LEO L. LAM - # 181861<br>llam@keker.com<br>MATTHEW M. WERDEGAR - # 200470<br>mwerdegar@keker.com<br>JUSTINA SESSIONS - # 270914<br>jsessions@keker.com<br>BAILEY HEAPS - # 295870<br>bheaps@keker.com<br>DAVID J. ROSEN - # 296139<br>drosen@keker.com<br>NEHA MEHTA - # 298771<br>nmehta@keker.com<br>ANNA PORTO - #319903<br>aporto@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br><br>Attorneys for Defendant<br>ZSCALER, INC. |

IT IS SO ORDERED

*[Signature]*
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA