KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
LEO L. LAM - # 181861
llam@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
JUSTINA K. SESSIONS - # 270914
jsessions@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
NEHA MEHTA - # 298771
nmehta@keker.com
ANNA PORTO - #319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
ZSCALER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>ZSCALER, INC.,<br><br>   Defendant. | Case No. 3:17-cv-04426-JST<br><br>**DEFENDANT ZSCALER, INC.'S RESPONSE TO ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Dept:     9<br>Judge:    Honorable Jon S. Tigar<br><br>Date Filed: December 12, 2016<br>Trial Date: June 15, 2020 |

On May 3, 2019, Symantec filed an Administrative Motion for Leave to File Under Seal Portions of Its Reply In Support of Its Motion for Leave to Amend Its Infringement Contentions (D.I. 259).  Symantec sought to redact from its reply brief certain descriptions or quotations from documents that Zscaler designated as confidential and has sought to file under seal, *see* D.I. 254 (Zscaler's motion to seal).

Zscaler does not seek to maintain as confidential the descriptions and quotations contained in Symantec's reply brief, and Zscaler has no objection to the redacted portions of Symantec's reply brief being filed on the public record.  For the reasons provided in Zscaler's motion to seal (D.I. 254), Zscaler does seek to maintain the underlying documents themselves under seal.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated:  May 7, 2019                          By:    */s/ Justina K. Sessions*
ROBERT A. VAN NEST
LEO L. LAM
MATTHEW M. WERDEGAR
JUSTINA K. SESSIONS
BAILEY W. HEAPS
DAVID J. ROSEN
NEHA MEHTA
ANNA PORTO

Attorneys for Defendant
ZSCALER, INC.