1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

Plaintiff,

v.

ZSCALER, INC.,

Defendant.

Case No.  17-cv-04426-JST   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 262

The Court held a telephonic hearing today concerning the May 8, 2019 joint discovery letter brief submitted by Plaintiff Symantec Corporation and Defendant Zscaler, Inc.  ECF No. 262.  During the hearing, Symantec clarified that its proposed narrowing in the letter brief was limited to RFP 68, and in response to the Court's questions about RFP 77, proposed a narrowed RFP 77.  Zscaler had not heard this proposed narrowed RFP 77 before and proposed to meet and confer about it.  With respect to RFP 68, the parties disagree about the effect, if any, their ESI and custodian stipulation has on Zscaler's obligation to search for documents that were sent by email to the venture capital firms identified in Symantec's proposed narrowed RFP 68.  The Court does not have the text of that stipulation in front of it so is unable to say who is right.  Finally, Zscaler's burden arguments in the letter brief appeared directed at RFP 68 as originally drafted and did not address the burden of responding to the narrowed RFP.  For all of these issues, the Court requires further briefing.

The Court **ORDERS** as follows:

1. The parties shall meet and confer concerning Symantec's proposed narrowing of RFP 77 to see if they can reach an agreement.

2. Within one week, the parties shall submit a further joint discovery letter brief,

1  discussing: (a)  the narrowed RFP 77 (if that issue is not resolved during meet and confer), (b) the

2  effect of the ESI and custodian stipulation on Zscaler's obligation to produce documents in

3  response to RFPs 68 and 77, (c) Zscaler's burden in responding to the narrowed RFP 68, and (d)

4  other issues the parties wish to raise concerning RFPs 68 and 77.

5      **IT IS SO ORDERED.**

6

7  Dated: May 16, 2019

8

9

10     THOMAS S. HIXSON
       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California