| | |
|---|---|
| **KEKER, VAN NEST & PETERS LLP** | **BAKER BOTTS L.L.P.** |
| ROBERT A. VAN NEST - # 84065 | KURT M. PANKRATZ -#24013291 (*Pro Hac Vice*) |
| rvannest@keker.com | kurt.pankratz@bakerbotts.com |
| LEO L. LAM - # 181861 | CHAD C. WALTERS - #24034730 (*Pro Hac Vice*) |
| llam@keker.com | chad.walters@bakerbotts.com |
| MATTHEW M. WERDEGAR - # 200470 | JAMES C. WILLIAMS - #24075284 (*Pro Hac Vice*) |
| mwerdegar@keker.com | james.williams@bakerbotts.com |
| JUSTINA SESSIONS - # 270914 | HARRISON G. RICH - #24083730 (*Pro Hac Vice*) |
| jsessions@keker.com | harrison.rich@bakerbotts.com |
| BAILEY HEAPS - # 295870 | CLARKE STAVINOHA - #24093198 (*Pro Hac Vice*) |
| bheaps@keker.com | clarke.stavinoha@bakerbotts.com |
| DAVID J. ROSEN - # 296139 | MORGAN GRISSUM - #24084387 (*Pro Hac Vice*) |
| drosen@keker.com | morgan.grissum@bakerbotts.com |
| NEHA MEHTA - # 298771 | BRYAN D. PARRISH - #24089039 (*Pro Hac Vice*) |
| nmehta@keker.com | bryan.parrish@bakerbotts.com |
| ANNA PORTO - # 319903 | CASEY L. SHOMAKER - #24110359 (*Pro Hac Vice*) |
| aporto@keker.com | casey.shomaker@bakerbotts.com |
| 633 Battery Street | 2001 Ross Avenue, Suite 700 |
| San Francisco, CA 94111-1809 | Dallas, TX 75201 |
| Telephone:     415 391 5400 | Telephone:     214 953 6500 |
| Facsimile:     415 397 7188 | Facsimile:     214 953 6503 |

Attorneys for Defendant
ZSCALER, INC.

WAYNE O. STACY - # 341579
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA  94111
Telephone:     415 291 6206
Facsimile:     415 2916306

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZSCALER, INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-04426-JST<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER**<br><br>Courtroom: 9, 19th Floor<br>Judge:　　Honorable Jon S. Tigar<br><br>Date Filed: December 12, 2016<br>Trial Date: June 15, 2020 |

Plaintiff Symantec Corporation ("Symantec") and Defendant Zscaler, Inc., ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court issued a Scheduling Order (ECF No. 241) setting case deadlines through trial;

WHEREAS, the current fact discovery cut-off is June 28, 2019;

WHEREAS, in view of witness availability, the parties have agreed to conduct the following depositions on the dates listed below:

- Alex Campbell (July 2, 2019);
- Sergio Nesti (July 3, 2019);
- Balaji Yelamanchili (July 10, 2019);
- Sean Delehanty (July 11, 2019);
- Jim Dildine (July 31, 2019); and,
- Siva Udupa (August 9, 2019).

WHEREAS, the parties also have noticed the following depositions but have not yet set agreed dates (or, in some cases, agreed as to whether the witness will be made available):

- Kailash Kailash; and,
- Guy Meron.[1]

WHEREAS, by operation of Local Rule 37-3, the current deadline for motions to compel is Friday, July 5, 2019;

WHEREAS, to accommodate the July 4 holiday and to permit extra time to work towards resolving any disputes, the parties have agreed to a modest extension of the current motion to compel deadline, subject to the Court's approval;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court extending certain deadlines as follows:

////

---

[1] Zscaler wishes to note that it has sought to depose Greg Clark, Symantec's former CEO, *see* ECF No. 282, and Richard Hill, its acting CEO, and will continue to seek such depositions through appropriate channels should doing so be necessary. Symantec opposes both depositions. Zscaler reserves all rights.

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | June 28, 2019 | August 9, 2019, for the limited purpose of deposing the above-identified witnesses. |
| Deadline to move to compel on any issue arising prior to the current June 28 fact discovery cut-off | July 5, 2019 | July 12, 2019 |
| Deadline to move to compel on any issue arising out of a deposition held after June 28 | N/A | 1 week following the deposition giving rise to the dispute |
| Expert disclosures | August 20, 2019 | No change. |
| Expert rebuttal | October 8, 2019 | No change. |
| Expert discovery cut-off | November 15, 2019 | No change. |
| Opening briefs, dispositive and *Daubert* motions | January 17, 2020 | No change. |
| Opposition briefs, dispositive & *Daubert* motions | February 5, 2020 | No change. |
| Reply briefs, dispositive and & *Daubert* motions | February 25, 2020 | No change. |
| Hearing, dispositive and *Daubert* hearing | March 19, 2020 at 2:00 p.m. | No change. |
| Exchange of exhibits and exhibit list | May 1, 2020 | No change. |
| Motions in limine | May 12, 2020 | No change. |
| Oppositions to motions in limine | May 19, 2020 | No change. |
| Pretrial conference statement | May 22, 2020 | No change. |
| Pretrial conference | May 29, 2020 | No change. |
| Trial | June 15, 2020 at 8:00 a.m. | No change. |

////

////

////

Dated:  June 26, 2019                                       BAKER BOTTS LLP

                                                    By:   *s/Harrison Rich*
                                                          KURT M. PANKRATZ
                                                          CHAD C. WALTERS
                                                          JAMES WILLIAMS
                                                          HARRISON RICH
                                                          MORGAN E. GRISSUM
                                                          CASEY L. SHOMAKER
                                                          WAYNE O. STACY
                                                          JENNIFER C. TEMPESTA

                                                          Attorneys for Plaintiff
                                                          SYMANTEC CORP.

Dated:  June 26, 2019                                       KEKER, VAN NEST & PETERS LLP

                                                    By:   *s/ Bailey W. Heaps*
                                                          ROBERT A. VAN NEST
                                                          LEO L. LAM
                                                          MATTHEW M. WERDEGAR
                                                          JUSTINA K. SESSIONS
                                                          BAILEY W. HEAPS
                                                          DAVID J. ROSEN
                                                          NEHA MEHTA
                                                          ANNA PORTO

                                                          Attorneys for Defendant
                                                          ZSCALER, INC.

## **ATTESTATION**

I certify under Civil Local Rule 5-1(i)(3) that all signatories to this document concur in its filing.

Dated: June 26, 2019                                       *s/Bailey W. Heaps*

## **[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED:  June ___, 2019
                                                          _____
                                                          HONORABLE JON S. TIGAR
                                                          UNITED STATES DISTRICT JUDGE