UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

v.

ZSCALER, INC.,

    Defendant.

Case No. 17-cv-04426-JST

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: ECF No. 310

Defendant has filed a motion for relief from a non-dispositive pretrial order issued by Magistrate Judge Thomas S. Hixson, pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2. ECF No. 270.

Plaintiff is ordered to file a response of no longer than 6 pages, not counting declarations or exhibits, no later than August 16, 2019. Defendant may file an optional reply of no longer than 3 pages by August 22, 2019. At that time, the matter will be taken under submission without a hearing, unless the Court otherwise orders.

**IT IS SO ORDERED.**

Dated: August 8, 2019



JON S. TIGAR
United States District Judge