**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (Pro Hac Vice)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (Pro Hac Vice)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (Pro Hac Vice)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (Pro Hac Vice)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (Pro Hac Vice)
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (Pro Hac Vice)
morgan.grissum@bakerbotts.com
Bryan Parrish (SBN 24089039) (Pro Hac Vice)
bryan.parrish@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (Pro Hac Vice)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206
Fax: (415) 291-6306

Attorneys for Plaintiff
SYMANTEC CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ZSCALER, INC,<br><br>Defendant. | Case No. 3:17-CV-04426-JST<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION RESPONDING TO ORDER (ECF NO. 316) REGARDING MOTIONS TO SEAL (ECF NOS. 311 AND 313)** |

Now before the Court is Plaintiff Symantec Corporation's ("Symantec") Administrative Motion Responding to Order (ECF No. 316).

Symantec respectfully requests that the Court issue an order regarding ECF No. 313 and not ECF No. 311.

IT IS SO ORDERED that Symantec's request that the Court consider Symantec's Administrative Motion filed as ECF 313 for ruling is hereby GRANTED.

DATED: **August 9, 2019**

Hon. Thomas S. Hixson
United States Magistrate Judge