UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZSCALER, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-04426-JST   (TSH)<br><br>**ORDER DENYING DEFENDANT'S RENEWED MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA**<br><br>Re: Dkt. No. 314 |

The Court previously denied Defendant Zscaler, Inc.'s motion for leave to serve a Rule 45 subpoena via certified mail on third-party Greg Clark, Plaintiff Symantec Corporation's former CEO, finding Zscaler's service attempts did not establish the requisite diligence for such relief. ECF Nos. 282 (First Motion), 287 (Order). Zscaler has now filed a renewed motion, arguing its service efforts in the following month "should be more than sufficient to show its diligence." ECF No. 314. Symantec opposes the motion.[1] ECF No. 323. The Court notes that Judge Tigar set a fact discovery cut-off of June 28, 2019, and Zscaler filed its motion on August 5, 2019.[2] ECF Nos. 241. As such, the undersigned is unable to grant its requested relief unless Zscaler seeks and obtains an extension of the discovery deadline from Judge Tigar. Accordingly, the Court **DENIES** Zscaler's motion **WITHOUT PREJUDICE**.

　　**IT IS SO ORDERED.**

Dated: August 12, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Zscaler brings its motion pursuant to Civil Local Rule 7-11, which does not provide for the filing of a reply brief. *See* Civ. L.R. 7-11(c).

[2] The parties agreed to extend the June 28, 2019 deadline for the limited purpose of deposing certain witnesses. ECF No. 286. That extension did not extend the deadline for Mr. Clark.