# EXHIBIT A

## Page 1

IMPORTANT NOTICE
***PLEASE READ BEFORE USING REALTIME ROUGH DRAFT***

If you do not agree to these terms, return draft
immediately (without copying)

RECEIPT OF THIS ROUGH DRAFT TRANSCRIPT
IS CONDITIONED UPON THE FOLLOWING:

Parties working with realtime and rough draft
acknowledge:
         That by choosing to use the realtime
rough draft, by computer screen, electronic media or
printout, they understand that the rough draft is an
uncertified copy and may contain various errors as
noted below;
         That by ordering a rough draft
transcript, parties are also ordering and agree to
pay for the final, certified copy, even if the case
settles in the interim

CASE: Symantec v Zxcaler
NUMBER: No  3:17-cv-04426-JST
WITNESS: ALEXANDER CAMPBELL, CONFIDENTIAL/AEO
DATE:  July 2, 2019
         REPORTER'S NOTE:
Since this deposition has been realtimed and is in
rough draft form, please be aware that there may be a
discrepancy regarding page and line number when
comparing the realtime screen and the final
transcript

Also please be aware that the realtime screen and the
uncertified rough draft transcript may contain
untranslated steno, reporter's note in double
parentheses or ^ck, misspelled proper names,
incorrect or missing Q/A symbols, words or
punctuation, and/or nonsensical English word
combinations

All such entries will be corrected on the final,
certified transcript
Margaret Walkky, CCR, RPR, RMR, CRR

## Page 2

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4        _____

5     SYMANTEC CORPORATION,    )

6            Plaintiff,    )

7        vs             ) No  3:17-cv-04426-JST

8     ZSCALER, INC ,        )

9            Defendant    )

10       _____

11          THIS TRANSCRIPT DESIGNATED

12     HIGHLY CONFIDENTIAL/AEO PURSUANT TO PROTECTIVE ORDER

13

14        VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

15                   OF

16             ALEXANDER CAMPBELL

17       _____

18          9:06 a m

19          July 2, 2019

20          10885 NE 4th

21          Bellevue, Washington

22

23

24     REPORTED BY: Margaret Walkky, CCR, RPR, RMR, CRR

25     Court Reporter, License No  2540

## Page 3

1           A P P E A R A N C E S

2

3     FOR PLAINTIFF:      MORGAN GRISSUM

4              Baker & Botts

5              2001 Ross Ave, Suite 700

6              Dallas, Texas 75201

7              214-953-6584

8              morgan.grissum@bakerbotts.com

9              dlsymantecvzscaler@bakerbotts.com

10

11     FOR DEFENDANT:      BAILEY W. HEAPS

12              Kekker Van Nest & Peters

13              633 Battery Street

14              San Francisco, California

15                 94111

16              415-391-5400

17              bheaps@keker.com

18

19     ALSO PRESENT:      Patrick Norton, videographer

20

21

22

23

24

25

## Page 4

1                I N D E X

2

3     EXAMINATION                PAGE

4     By Mr. Heaps

5

6     EXHIBIT      DESCRIPTION         PAGE

7     1280   LinkedIn page

8     1281   PowerPoint, Symantec Web Security Service

9     1282   PowerPoint, cloud 2013 1st half CY concept,

10     concept review, December 10, 2012 BlueCoat

11     1283   PowerPoint cloud 2013 2nd half CY IPMT update

12     concept review, April 30th, 2013

13     1284   PowerPoint, cloud services roadmap review -

14     2H, FY14, December 2, 2013

15     1285   Email string, top email to McCluney and others

16     from Whitcomb, 6-29-15

17     1286   Email string, top email to Saxena from

18     Linngard, 9-30-15

19     1287   PowerPoint, BlueCoat products with Office 365

20     1288   Email string, top email to McCluney and others

21     from Campbell, 11-10-15

22     1289   Email string, top email to Vancil from Urban,

23     1-5-16

24     1290   Email string, top email to Campbell and others

25     from Griffin, 2-1-16



Page 61

1    you've heard?

13       Q.  So it sounds like you don't think that
14   Symantec was late in getting a cloud product to
15   the market?

20       Q.  Do you think Symantec and BlueCoat have
21   been successful at delivering at the right time to
22   align to the customers' needs?
23            MS. GRISSUM:  Objection, compound.


Page 62

8        Q.  So is that a "no" to my question?
9        A.  I'm not clear, you know, what you mean
10   by "late" and so forth.
11       Q.  I'm going to hand you what was
12   previously marked as Exhibit-1035.  If it's helpful,
13   I'm intending to direct you to pages 5 and 11 when
14   you're ready.
15       A.  I'm only on page 4.  It'll take me a
16   moment then.
17       Q.  Okay.
18       A.  I'm not an accountant so I assume I can
19   avoid reading every accounting detail.
20       Q.  I think that's a safe assumption.
21   Again, I'm going to ask you about specific parts, so
22   if it's easier --
23       A.  Well, let me just say, if it's before
24   page 7, then I can resume at this point if you want.
25       Q.  Okay, why don't you take a look at the


Page 63

1    cover of the document?
2        A.  Okay.
3        Q.  Do you see that it says edited
4    transcript Symantec corporation Q4, 2019, Symantec
5    corp earnings call?
6        A.  I can see that.
7        Q.  And it's dated May 9, 2019?
8        A.  Yes.
9        Q.  Do you understand what an earnings call
10   is?
11       A.  I do.
12       Q.  Okay.  Do you understand that Symantec
13   held an earnings call on May 9?
14       A.  Yes.
15       Q.  Have you reviewed this transcript
16   before?
17       A.  Not in its entirety.  At the day of, I
18   skimmed it because I wanted to see what was being
19   said.
20       Q.  Okay.  Have you discussed it with
21   anyone?  Let me ask you a better question.
22            Have you discussed the contents of the
23   May 9, 2019 earnings call with anyone?
24       A.  I've -- you know, everybody at the
25   company of course talk about what happens at the


Page 64

1    earnings calls so I can say yes to that answer. --
2    or question.
3        Q.  Do you recall-- strike that.
4            What was your reaction to the contents
5    of the May 9, 2019 earnings call?
6        A.  Let me try and put myself in the

12       Q.  What was your reaction to the change in
13   leadership?
14       A.  You know, what is going to be the
15   expectations as we move forward and how will we
16   adjust, always try to adapt.
17       Q.  Were you surprised by the change in
18   leadership?

22       Q.  Did you have -- did you ever have
23   reason to interact with the former CEO in the course
24   of performing your job responsibilities?
25       A.  Greg Clark and I, because he was at

Page 65

```
 1    BlueCoat, we on occasion interacted.  It was not that
 2    frequent, yes.
 3         Q.  What was the nature of those
 4    interactions?
 5         A.  Generally we were discussing the
 6    direction of future projects as well as integrations.
 7    Those were key at once the Symantec acquisition was
 8    completed.
 9         Q.  Can you think of any specific future
10    projects that you discussed with Mr. Clark?
11              MS. GRISSUM:  Objection, vague.
12    ███████████████████████████████████████
      ███████████████████████████████████████
      ███████████████████████████████████████
      ███████████████████████████████████████
      ███████████████████████████████████████
19         Q.  If you could turn to page 5, please or
20    quickly turn -- let's look at page 3 real fast.  Do
21    you see about two thirds of the way down it says
22    Richard S. Hill, Symantec corporation independent
23    direction on page 3?
24         A.  I see that.
25         Q.  And do you understand that the text
```

Page 66

```
 1    that follows is a transcript of remarks made by
 2    Mr. Hill?
 3         A.  Yes.
 4         Q.  Okay.  Then if you could turned to page
 5    5, please?
 6         A.  Okay.
 7         Q.  And do you see the third paragraph on
 8    that page start with, "our ProxySG"?
 9         A.  I can see, that yes.
10         Q.  And do you understand that that
11    paragraph is still a transcript of Mr. Hill speaking?
12         A.  That's my impression from the way the
13    transcript is formatted.
14         Q.  The second sentence of that paragraph
15    reads, "The ProxySG business which is the BlueCoat
16    hardware proxy bundle has fallen off quicker than we
17    anticipated and as a result we've not experienced as
18    large a refresh cycle as we expected."
19              Do you see that?
20         A.  I see that text, yes.
21         Q.  What do you understand that sentence to
22    mean?
23              MS. GRISSUM:  Objection, calls for
24    speculation.
25    ████████████████████████████████████████
```

Page 67

```
 1    ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
```

```
      ███████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ███████████████████████████████████████████
      ████████████████████████████████████████
      ███████████████████████████████████████████
14         Q.  So when Mr. Hill refers to we've not
15    experienced as large a refresh cycle as we expected,"
16    ███████████████████████████████████████████
      ██████████████████████████████
      ████████████████████████████████████
21         Q.  Okay.  The next part of that paragraph
22    reads, "The cause is clear.  The move to the cloud
23    was much quicker than thought.  We were behind with
24    our product offering but today our back with superior
25    performance through our competitor support by a
```



Page 69

1    growth rate twice the market growth but unfortunately
2    from a much smaller base."
3        Do you see that?
4        A.  I see that text, yes.
5        Q.  What do you understand that part of the
6    paragraph to mean?
7        MS. GRISSUM:  Objection, calls for
8    speculation.
9        Q.  Just so we're clear, Mr. Campbell, I'm
10   only asking what you understand those words to mean.
11   I'm not asking you to speculate on what was if
12   Mr. Hill's head at the time.  If you know, please
13   tell me, but short of that, I'm asking what you
14   understood it to mean.
15       A.  Yeah, obviously I don't read his mind
16   in fact I've never personally met him in person yet.
17   Hope to soon.
18
19
20
21
22
23
24
25

Page 70

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18       Q.  What is your understanding of the
19   phrase "we were behind with our product offering"?
20
21
22
23
24
25       Q.  He uses the past tense, correct, he

Page 71

1    said "we were behind with our product"?
2        A.  I can't speak to why he said that.
3        Q.  You don't know of a time where Symantec
4    didn't have an up to date cloud offering?
5        MS. GRISSUM:  Objection, vague.
6        A.  I can't speak to what's in his mind.
7        Q.  Do you see that at the end of the
8    passage I just read you, he says -- he refers to "a
9    much smaller base"?
10       A.  I see that, yes.
11       Q.  Do you know what that portion of the
12   sentence refers to?
13
14
15
16
17
18
19
20       Q.  I see.
21
22
23
24
25

Page 72

1
2
3
4
5
6
7
8        Q.  Could you turn it page 11, please.
9        A.  I can, you'll need to give me a little
10   time since I stopped reading at page 7.
11       Q.  Sure.  I'll tell you I'm going to ask
12   you about the last paragraph on page 11.
13       A.  Getting there, just a moment.
14       Q.  Take your time.
15       A.  All right.  I'm on page 11.  Just give
16   me a moment to read the page.
17       Okay.
18       Q.  Do you see at the bottom of page 11
19   there's another section that starts with, noting
20   "Richard S. Hill, Symantec corporation independent
21   director"?
22       A.  Yes.
23       Q.  The second sentence in Mr. Hill's--
24   strike that.
25       The second sentence in the transcript

Page 73

1    of Mr. Hill's remarks reads, "I think the largest
2    single factor affecting this downward trend is what I
3    spoke about in my initial remarks, which is the fact
4    that our core business, which is the BlueCoat
5    Systems, our customers are moving to the cloud more
6    quickly, okay."
7            Do you see that sentence?
8        A.  I see this sentence, yes.
9        Q.  What do you understand that sentence to
10   mean?

Page 74

Page 75

9        A.  Yes.

14       Q.  The next sentence in Mr. Hill's remarks
15   reads, "and we had a weakness in our cloud solution."
16           Do you see that?
17       A.  I see the tech, yes.
18       Q.  What do you understand Mr. Hill to have
19   meant there?

Page 76

4        Q.  Do you disagree with the statement
5    that "we had a weakness in our cloud solution"?

18       Q.  So you don't --
19       A.  Excuse me, let me restate that.
20       Q.  Okay.





Page 77

8    Q.   The next part of that passage reads,
9  "and as I spoke about it in my text, we in fact have
10  strengthened that cloud offering so we think we have
11  that piece fixed, but the fact that the customer
12  moves, we don't want to try to force the customer not
13  to go where they want.  So we're in a much better
14  position to retain our key customers into the cloud
15  now that we've improved the product, but the fact
16  that our hardware business is declining more rapidly
17  than we anticipated, that's what led to this downward
18  position."
19         Do you see that?
20    A.  Yes.
21    Q.  What do you understand Mr. Hill to have
22  meant if that portion of his remarks?

Page 78

21    Q.  Have you spoken to any of your
22  colleagues to try and gain a better understanding of
23  what Mr. Hill meant on this earnings call?
24    A.  No, I've not.
25    Q.  If I wanted to speaker understand what

Page 79

1  he meant on this earnings call, how would you
2  recommend I do that?

15    Q.  If I specifically wanted to better
16  understand that, "we had a weakness in our cloud
17  solution" portion of his remarks, how would you
18  recommend that I do that?

23    Q.  Okay.  You can put that exhibit aside.
24    A.  Okay.
25    Q.  I want to ask you to go back to the

Page 80

1  prior exhibit.  I don't anticipate making you jump
2  around in the stack of documents I've given you too
3  much, but I am going to do it this one time.
4    A.  Sure.
5    Q.  Could you turn to slide 4, please.
6    A.  Yes.

10    A.  I see that's the title on the slide,
11  yes.
12    Q.  And this is Exhibit-1281, just for the
13  record.

## Page 1

REAL-TIME ROUGH DRAFT TRANSCRIPT DISCLAIMER:
THIS REAL-TIME ROUGH DRAFT TRANSCRIPT IS BEING
PROVIDED TO COUNSEL PURSUANT TO CCP SECTION
2025 (r) (2), WHICH PROVIDES AS FOLLOWS:
"WHEN PREPARED AS A ROUGH DRAFT TRANSCRIPT, THE
TRANSCRIPT OF THE DEPOSITION MAY NOT BE CERTIFIED
AND MAY NOT BE USED, CITED OR TRANSCRIBED AS THE
CERTIFIED TRANSCRIPT OF THE DEPOSITION PROCEEDINGS
THE ROUGH DRAFT TRANSCRIPT MAY NOT BE CITED OR USED
IN ANY WAY OR AT ANY TIME TO REBUT OR CONTRADICT THE
CERTIFIED TRANSCRIPT OF DEPOSITION PROCEEDINGS AS
PROVIDED BY THE DEPOSITION OFFICER " IT IS AGREED BY
ALL PARTIES RECEIVING A COPY OF THE REAL-TIME ROUGH
DRAFT TRANSCRIPT OR REAL-TIME ASCII DISKETTE TO USE
IT ONLY FOR THE PURPOSE OF AUGMENTING YOUR NOTES AND
NOT TO USE OR CITE IT IN ANY COURT PROCEEDING OR TO
DISTRIBUTE IT IN ANY FORM TO ANY PERSON OR PARTY
OUTSIDE OF THIS LITIGATION WITHOUT THE APPROVAL OF
THE CERTIFIED SHORTHAND REPORTER
REAL-TIME ROUGH DRAFT TRANSCRIPT OF:
DEPOSITION OF MARK URBAN
San Francisco, California
Friday, June 28, 2019

## Page 2

1  THE VIDEOGRAPHER:  Good morning.  We're
2  on the video record, ladies and gentlemen, at
3  8:59 a.m.  I am Madison Butko from Henderson Legal
4  Services in Washington, D.C.  The phone number is
5  (202) 220-4158.            08:59:41
6  This is a matter pending before the
7  United States District Court, Northern District of
8  California, San Francisco Division in the case
9  captioned Symantec v. Zscaler, Case No.
10  3:17-CV-04426-JST.            09:00:00
11  This is the beginning of File 1 in the
12  deposition of Mark Urban on June 28, 2019.  We are
13  located at 101 California Street, San Francisco,
14  California.  This deposition is being taken on
15  behalf of the defendant.            09:00:23
16  Counsel, will you please identify
17  yourself.
18  MR. HEAPS:  Good morning.  Bailey Heaps
19  from Keker Van Nest and Peters on behalf of Zscaler.
20  MR. PARRISH:  Brian Parrish with Baker      09:00:34
21  Botts on behalf of the plaintiff Symantec.  Also
22  with me is in-house counsel for Symantec, David
23  Majors, and his colleague at Symantec, Dr. Ashleigh
24  Lussenden.
25  THE VIDEOGRAPHER:  Will the court      09:00:45

## Page 3

1  reporter please swear in the witness      09:00:45
2  THE REPORTER:  Sir, can I have you please
3  raise your right hand
4  MARK URBAN,
5  having been administered an oath, was examined  and  09:00:45
6  testified as follows:
7  THE VIDEOGRAPHER:  You may proceed
8  EXAMINATION
9  BY MR  HEAPS:
10  Q  Good morning            09:00:58
11  A  Good morning
12  Q  Thanks for being here today
13  Could you please state your full name for
14  the record?
15  A  Mark Christopher Urban            09:01:03
16  Q  Thank you
17  Have you ever been deposed before?
18  A  Once before
19  Q  When was that?
20  A  Recollection of it I think was about      09:01:13
21  three, four years ago I'm not sure
22  Q  Okay do you remember what matter that was
23  in?
24  A  I believe it was some intellectual
25  property dispute with Finjan            09:01:22

## Page 4

1  Q  Have you ever had testified in court?      09:01:25
2  A  Not to my recollection.
3  Q  I'll go over a few ground rules is a
4  since you've done this once before I will do it
5  pretty quickly my questions your answers are going  09:01:36
6  to be record rod by court reporter that means you
7  need to speak audibly in usual conversation a shake
8  nods of your head so verbal answers if that works
9  for you you don't understand my question please tell
10  me I will do everything I can to say it some other  09:01:58
11  way if you don't tell me that I will assume you do
12  understand my question okay?
13  A  Okay.
14  Q  Breaks, we will take.  I plan to take
15  breaks every 50 minutes to an hour.  If you need a  09:02:09
16  break more often less often just speak up and we
17  will make it work.
18  A  Okay.
19  Q  The only thing I ask if on the break
20  front, if I ask a question you need to answer it and  09:02:23
21  then we can take a break.
22  A  Sure.
23  Q  You swore to take an oath tell the truth
24  today any reason you can't do that?
25  A  No.            09:02:34



**Page 25**

1    Do you have a view as to what company bug evident    09:26:00
2    competitor being defined as offering the best
3    product relative to the field that's still not a
4    great question
5        Do you have a view as to which companies    09:26:13
6    which competitors averts best products leaving WSS
7    out of the equation?
8        MR PARRISH:  Objection vague
9        THE WITNESS:
10       A  I markets web security service and you    09:26:24
11   know that's the gold standard for industry as far as
12   I'm concerned it's hard for me to make judgments
13   among other companies that have competitive
14   offerings in that space I don't know enough detailed
15   about use cases and technology to name anyone beside    09:26:41
16   that
17       Q  Do you think Symantec was late in getting
18   cloud product to market?
19       MR PARRISH:  Objection vague calls for
20   speculation    09:27:00
21       A  It's hard to understand what you mean by
22   late and you know getting cloud to market
23   BY MR HEAPS:
24       Q  Do you think that Symantec is started to
25   offer its customers a clouds based solution later    09:27:13

**Page 26**

1    than it should have?    09:27:17
2        MR. PARRISH:  Objection vague.
3        THE WITNESS:
4        A  I don't know how to answer that Symantec
5    fielded cloud security for a long time before I got    09:27:22
6    there.
7        Q  Have you ever heard anyone say that
8    Symantec was late in getting a cloud product to
9    market?
10
11
12
13
14
15
16
17
18
19       A  And.
20       MR. PARRISH:  Objection misstates    09:28:08
21   testimony.
22       THE WITNESS:
23       A  Can you rephrase that or does can it
24   again.
25                                    09:28:17

**Page 27**

9        MR. HEAPS:  I will hand you what was
10   previously marked Exhibit 1035.    09:29:03
11       Q  Do you recognize this document?
12       A  I recognize that I saw this yesterday as
13   we were preparing.
14       Q  This is a transcript of Symantec earnings
15   call that took place on may nine, 2013 correct?    09:29:50
16       A  It appears to be yes.
17       Q  Are you familiar with what earnings call
18   is?
19       A  Yes.
20       Q  Turn to second page.  These these page    09:30:01
21   are numbered do you see top of the page it lifts
22   corporate participants?
23       A  Yes.
24       Q  Do you know who arrest this your G is?
25       A  Yes.    09:30:16

**Page 28**

1        Q  Who is arrest this your?    09:30:16
2        A  He's E V P and G M of enterprise
3    products.
4        Q  What generally are his job
5    responsibilities?    09:30:24
6        A  Art overseas the development organization
7    and sales organization for Symantec enterprise
8    business.
9        Q  Does WSS fall within Symantec's
10   enterprise business?    09:30:38
11       A  Yes.
12       Q  And who is Cynthia ^^ hip?
13       A  I don't know.  Here, it says she's the VP
14   of IR which I believe is investor relations.
15       Q  Who is Nick Noviello?    09:30:51
16       A  Nick is the former CFO of Symantec.
17       Q  Do you know who Richard S. Hill is?
18       A  Richard S. Hill is the CEO of Symantec
19   right now.
20       Q  Do you know who Samir Kapuria is?    09:31:04
21       A  Yes.
22       Q  Who is Samir?
23       A  Samir is the head of the consumer
24   business unit and cyber security services.
25       Q  The last participant is listed Vincent    09:31:15



**Page 29**

1 Pilette.                                    09:31:16
2     Do you know who that is?
3   A  No.
4   Q  Okay.  Could you turn to Page 5, please.
5     And do you see the third paragraph    09:31:27
6 down --
7   A  Uh-huh.
8   Q  -- the second full paragraph, the second
9 sentence reads:  The proxy S G business which is
10 Blue Coat hardware proxy bundle has fallen off   09:31:35
11 quicker than we anticipated as a result we have not
12 experience a large a refresh cycle as we expected do
13 you that?
14   A  I do.
15   Q  What do you understand that statement to   09:31:52
16 mean?
17     MR. PARRISH:  Calls for speculation.
18
19
20
21   Q  Let me take a step back you made a point
22 that I should have made you understand that that
23 this paragraph transcribed statementses made by
24 Mr. Hill correct?
25   A  Yes.                                 09:32:19

**Page 30**

4     MR. PARRISH:  Objection misstates
5 testimony.                               09:32:27
6 BY MR. HEAPS:
7
8
9
10
11
13   Q  If I wanted a better sense of what it
14 means who would you recommend that I ask?
15     MR. PARRISH:  Objection calls for   09:32:53
16 speculation.
17
18
20   Q  Do you know who wrote script for the   09:33:01
21 call?
22   A  No.
23   Q  I take it you have no strike that.
24     Do you agree with this statement?
25     MR. PARRISH:  Objection calls for   09:33:13

**Page 31**

1 speculation.                              09:33:14
2
3
4
5   Q  Okay next sentence or next sentence read   09:33:21
6 the cause is clear.  Move to the cloud was much
7 quicker than thought we were behind with product
8 offering but today are back with superior
9 performance through our competitor supported about I
10 a growth rate twice markets growth but unfortunately   09:33:36
11 from a much smaller based do you see that?
12   A  Yes.
13   Q  Do you understand that statement?
14   A  Not really.
15   Q  Do you see sub part of that statement   09:33:47
16 where Mr. Hill said we were behind with that product
17 offering?
18   A  Yes.
19   Q  Do you have an understanding what product
20 offering he's referring to?              09:33:55
21     MR. PARRISH:  Objection calls for
22 speculation.
23
24
25

**Page 32**

1   Q  Due know what Symantec employees do to   09:34:12
2 prepare for earnings calls?
3   A  Not really no
4   Q  Is it your nurse that long Symantec
5 employees who speak on earnings calls endeavor to be   09:34:25
6 accurate in what they set forth on those calls?
7     MR. PARRISH:  Objection calls for
8 speculation
9
10
11
12
13   Q  (By Mr Heaps) One of the things referred
14 to in this passage is a refresh cycle do you see that
15 yes                                      09:34:59
16   Q  Are you familiar with that term?
17   A  I don't know context that he's look at it
18 I'm familiar with term refresh cycle
19   Q  What is is your understanding of the term
20 refresh cycle?                           09:35:09
21   A  Ands refresh cycle is time period that
22 you try to refresh a customers installation of
23 something that they own
24   Q  What does it mean to refresh the
25 information that something that a customer owns?   09:35:25



## Page 33

1    A   In our industry when customers deploy   09:35:27
2  equipment that equipment is in place for a periods
3  until it come to I understand of it's live cycle end
4  of sale of life a refresh can be the operation of
5  refreshing that with newer you know, faster better   09:35:42
6  equipment.
7    Q   Is there specific equipment that you're
8  referring to?
9    A   I was speaking in general to what refresh
10  is in industry terms.                09:36:01
11    Q   Got it.  If you can turn the page turn to
12  page 11 please.  Do you see starting with second
13  sentence sorry taking a step back do you see bottom
14  of the page it says rich hill Symantec corporation
15  independent director?               09:36:26
16    A   Yes.
17    Q   Second sentence read I think largest
18  single factor affecting this downwards trends is
19  what I spoke about in my initial remarks which is
20  pacts that our core business which is Blue Coat   09:36:36
21  service our customers moving to clouds more quickly
22  okay we had a weakness in our clouds solution do you
23  see that yes.
24    Q   What is your understanding by of that
25  statement?                          09:36:52

## Page 34

1        MR. PARRISH:  Objection calls for   09:36:53
2  speculation.
3  ███████████████████████████████
4  ██ ███████████████████
5        MR. HEAPS:  When he refers to a weakness   09:36:57
6  in our clouds solution do you know what cloud
7  solution he's talking about.
8        MR. PARRISH:  Objection calls for
9  speculation.
10  ███████████████████████████████
11  ██ ████████████████
12  ██ ██████████████████████
13        MR. PARRISH:  Objection calls for
14  speculation.
15  ██ ███████████████████████████
16  ██ █████████████████████
17  ██ ████████
18  BY MR. HEAPS:
19    Q   The passage then reads:
20        "And as I spoke about it in my text, we   09:37:30
21        in fact have strengthened that cloud
22        offer so we think we have that piece
23        fixed.  But the fact that the customer
24        moves, we don't want to try to force
25        the customers not to go where they   09:37:39

## Page 35

1        want, so we're in a much better   09:37:41
2        position to retain our key customers
3        into the cloud now that we've improved
4        the product.  But the fact that our
5        hardware business is declining more   09:37:50
6        rapidly than we anticipated, that's
7        what led to this down -- downward
8        position."
9        Do you see that?
10    A   Yes.                        09:37:57
11    Q   Do you have an understanding of what that
12  part of Mr. Hill's remarks means?
13        MR. PARRISH:  Objection calls for
14  speculation.
15        THE WITNESS:  It's a little vague.  I   09:38:05
16  can guess but I don't care to guess in a proceeding
17  like this.
18  BY MR. HEAPS:
19    Q   And if I want today better understand
20  Mr. Hill's remarks here how would I do that?   09:38:25
21  ██ ████████████████████████
22  ██ ████████████████████████████
23  ██ █████████████████████████
24  ██ ████████████████████████████████

## Page 36

1  ██ ████████████████████████████████
2  ██ ████
3    Q   To best of your knowledge is it standard
4  that prior to earnings calls someone will prepare
5  materials for person who is going to speak on   09:38:59
6  earnings call?
7    A   I would only speculate that's the case I
8  don't have a familiarity with how the process goes
9  at Symantec.
10    Q   And just so the record is clear you don't   09:39:15
11  have a view as to whether Mr Hill statement is
12  accurate do you?
13    A   Hard for me to understand his perspective
14  what he was saying I can't judge accuracy of it
15    Q   Okay   You can put that document aside I   09:39:27
16  will hand you?
17        MR. HEAPS:  I will hand you exhibit 1226
18  bears Bates stamp SYM zero three -9D 9285
19  (Exhibit #        marked for identification )
20    A   Sorry about that           09:42:09
21    Q   No worries you should take all your time you
22  feel you need to answer questions when I give you a
23  documents I will also do my very best to point to
24  you specific part so I'm not just saying what is
25  here                              09:42:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                June 25, 2019

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


SYMANTEC CORPORATION,

          Plaintiff,

vs.                              Case No. 3:17-cv-04426-JST

ZSCALER, INC.,

          Defendant.

-------------------------/



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


30(B)(6) DEPOSITION OF SYMANTEC CORPORATION

DESIGNEE:  STEVEN SCHOENFELD

Palo Alto, California

Tuesday, June 25, 2019




Reported by:

JANIS JENNINGS

CSR No. 3942, CLR, CCRR

Job No. 47037

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                    June 25, 2019

213

1          A.   I believe so.   They would -- they would
2    interpret it to be that it was the first instance of
3    those capabilities being added.
4          Q.   And "MA," again, is "malware analysis"?
5          A.   Yes.
6          Q.   And "CAS"?   Remind me.
7          A.   "Content analysis."
8          Q.   "Content analysis."
9               Let me show you what was previously marked
10   as Exhibit 1035, which is a Thomson Reuters
11   StreetEvents edited transcript of Symantec's Q4 2019
12   earnings call.
13         A.   Uh-huh.
14         Q.   Did you -- by the way, did you participate
15   in the preparation of a Symantec CEO or CFO for this
16   earnings call?
17         A.   No.
18         Q.   Have you seen this document before?
19         A.   I have not seen the document.   I listened
20   to the earnings call.
21         Q.   This is not something you reviewed
22   specifically in preparation for today, though, is
23   it?
24         A.   No.   I did not review.
25         Q.   So if you turn to page 3, you see there's

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                          June 25, 2019

214

1    a -- at the beginning there are comments by

2    Richard S. Hill; right?

3         A.   Uh-huh.

4         Q.   And Richard S. Hill as of the date of this

5    earning call was the interim chief executive officer

6    of Symantec?

7         A.   That's correct.

8         Q.   He had replaced Greg Clark, who had left --

9         A.   Correct.

10        Q.   -- a few weeks before?

11        A.   Right around then.

12        Q.   And Mr. Hill's comments start on page 3 and

13   then continue over to page 5.  I want to direct your

14   attention to the second full paragraph on page 5.

15             Are you there?

16        A.   Yes.

17        Q.   And can you read the first sentence of that

18   paragraph.

19        A.   Of the second full paragraph?

20        Q.   Yes.  Beginning "Our ProxySG."

21        A.   Yes.

22             "Our ProxySG and Web Security Service

23             product plus Advanced Threat Detection

24             protection bundle has been the biggest

25             surprise providing us headwinds."

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                    June 25, 2019

215

1        Q.  And you said you heard -- you listened to

2    this earnings call as it happened?

3        **A.  Yes.**

4        Q.  What did Mr. Hill mean when he said it was

5    the biggest -- "the ProxySG and Web Security Service

6    product plus Advanced Threat Detection protection

7    bundle has been the biggest surprise, providing us

8    headwinds"?

9            MR. PARRISH:  Objection.  Calls for

10   speculation.

11   BY MR. WERDEGAR:

12       Q.  What did Mr. Hill mean by that?

13      ▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉

▉      ▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉      ▉  ▉▉

▉      ▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Schoenfeld, Steven                                    June 25, 2019

216

3      Q.   And then remind me again:  the Advanced

4   Threat Detection protection bundle, what is that?

5      **A.   I'm not sure what that refers to.**

6      Q.   Okay.  But ProxySG is the appliance-based

7   web security -- secure web gateway we have been

8   talking about; right?

9      **A.   Yes.**

10      Q.   And then Web Security Service is the

11   cloud -- Symantec's cloud-based --

12      **A.   Yes.**

13      Q.   -- product; right?

14          Mr. Hill went on to state on the earnings

15   call:

16          "The ProxySG business, which is the

17          Blue Coat hardware Proxy bundle, has

18          fallen off quicker than we anticipated,

19          and, as a result, we've not experienced

20          as large a refresh cycle as we expected."

21          Do you see that?

22      **A.   Yes.**

23      Q.   So what do you understand Mr. Hill to be

24   stating there?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                    June 25, 2019

217

2        Q.   Now, he's saying "we."  Was there -- when

3    he says "we anticipated," do you know who the "we"

4    is?

6        Q.   Do you know what was anticipated?

9        Q.   And he writes, "We've not experienced as

10   large a refresh cycle as we expected."

11            How large a refresh cycle was expected?

13       Q.   Okay.  Do you think this is a true

14   statement, that "The ProxySG business, which is the

15   Blue Coat hardware Proxy bundle, has fallen off

16   quicker than we anticipated, and as a result, we've

17   not experienced as large a refresh cycle as we

18   expected"?

25       Q.   Mr. Hill goes on to state:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                    June 25, 2019

218

```
 1              "The cause is clear.  The move to the
 2              cloud was much quicker than thought."
 3         Do you see that?
 4    A.   Yes.
 5    Q.   Is that a true statement?
 6         ████    ████████████████████████████████████
      █ ████████████████████████████████████████
 8    Q.   Was it faster than Symantec thought it
 9    would be?
10         ████    ████████████████████████████████████
      █ ████████████████████████████████████████
12    Q.   That's not an answer to my question.  I
13    asked you:  Was it faster?  Was the move to the
14    cloud faster than Symantec thought it would be?
      █     ████    ████████████████████████████████
      █ ██████████████████████████████████████████
      █ ████████████████████
18    Q.   And you don't know what others inside
19    Symantec thought?
20    A.   I don't know if they had a different
21    expectation than the analysts.
22    Q.   And by "the analysts," who are you
23    referring to, specifically?
24    A.   Primarily Gartner.
25    Q.   Are there any other ████████████████████████
```

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                          June 25, 2019

219

1    to besides Gartner for secure web gateway industry

2    trends?

3         A.  Yes.

4         Q.  Which are the other ones that you look to?

5         A.  I'll often look at IDC, at Radicati--

6         Q.  Say that one again.  Radi- --

7         A.  Radicati.

8         Q.  The reporter might want you to spell that.

9         A.  R-a-d-i-c-a-t-t-i.

10            Those -- primarily Gartner and IDC, and

11   then you have a smattering of other analysts.

12        Q.  Mr. Hill goes on, still in the second full

13   paragraph on page 5 of Exhibit 1035:

14            "We were behind with our product

15            offering, but today are back with

16            superior performance through our

17            competitor, supported by a growth

18            rate twice the market growth."

19            Do you see that?

20        A.  I do.

21        Q.  Do you agree that Symantec was behind with

22   its product offering at one point?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                      June 25, 2019

220



3       Q.  When did you have a conversation with
4   Mr. Hill?
5       **A.  A couple of weeks before the earnings call.**
6       Q.  Did you understand that that conversation
7   was in connection with preparing for the earnings
8   call?

10      Q.  Okay.

14      Q.  Okay.  And what did you -- tell me
15  everything you remember about that conversation.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                      June 25, 2019

221



1      Q.   So when he refers to "We were behind with

2    our product offering," █████████████████████████

3    ████████████████████████████████████████████

4    ███████████████████████████

5         ████    ██████

6      Q.   Okay.  Do you know whether or not he's

7    referring to anything else?

8    ████    ████    ███████

9      Q.   Do you know who else Mr. Hill talked to to

10   prepare for the earnings call or who he talked to to

11   prepare for the earnings call?

12     **A.   Oh, I'd be guessing.**

13     Q.   Do you know who else he talked to to get an

14   overview of the business when he took over as CEO?

15     **A.   Yes.**

16     Q.   Who else did he talk to?

17     **A.   I know that** ██████████████████████

18   ████████████████

19     Q.   Anyone else, that you're aware of?

20   ████    ████    █████████████

21     Q.   Who is ████████████

22   ████    ████    ████████████████████████

23     Q.   Do you know whether █████████████████

24   █████████████████████████████████████████

25   ████    ██████████████████

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Schoenfeld, Steven                                              June 25, 2019



222

1          MR. PARRISH:  Objection.  Calls for

2    speculation.

5    BY MR. WERDEGAR:

6          Q.  Do you know what

13         Q.  Were you part of that conversation?

17         Q.  You gave a presentation to Rick Hill?

18         A.  Yes.

19         Q.  It involving slides?

20         A.  Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Schoenfeld, Steven                                     June 25, 2019

223

```
 1        Q.  What was -- when was ███████████
█  ██████████████████████
█      ███  ██████████████████████  ████████
█      ██████████████████████████████████████
 5        MR. WERDEGAR:  Counsel, do you know whether
 6   that has been produced?
 7        MR. PARRISH:  It was produced last night.
 8        MR. WERDEGAR:  Produced along with the
 9   11,000 pages that we got last night?
10        MR. PARRISH:  It was produced in its own
11   production by itself.
12        MR. WERDEGAR:  All right.  Why don't we go
13   off the record.  I want to see if I can get a copy
14   of that document, because...
15        THE VIDEOGRAPHER:  We are going off the
16   record.  The time is 4:01 p.m.  This marks the end
17   of media No. 5.
18        (Off the record.)
19        THE VIDEOGRAPHER:  We are back on the
20   record.  The time is 4:14 p.m.  This marks the
21   beginning of media No. 6.
22        THE WITNESS:  Before we begin, if I could
23   correct one thing?
24   BY MR. WERDEGAR:
25        Q.  Okay.
```

Henderson Legal Services, Inc.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2            THE VIDEOGRAPHER:   Good morning.  My name is

3    Dash Arnott, videographer, representing Henderson Legal

4    Services.  Today is June 28, 2019.  The time on the

5    monitor is 9:06 a.m. and we are now going on the video

6    record.

7            This is the video recorded deposition of Lana

8    Knop, in the matter of Symantec versus. Zscaler, case

9    number 3:17-cv-04426-JST.  It is being taken on behalf

10   of Keker Van Nest.

11           May we please have introductions of counsel

12   and whom they represent.

13           MR. LAM:  Leo Lam from Keker, Van Nest &

14   Peters, for Zscaler.

15           MS. GRISSUM:  Morgan Grissum with Baker Botts

16   on behalf of plaintiff, Symantec Corporation.

17           THE VIDEOGRAPHER:  Thank you.  The court

18   reporter today is Cheryl Haab, will now swear in the

19   witness.

20                      --oOo--

21              Whereupon,

22              LANA KNOP,

23          having been called as a witness,

24          was duly sworn by the court reporter

25               and testified as follows:

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      about Symantec being slow to provide cloud offerings?

3              MS. GRISSUM:  Objection.  Vague.

4              THE WITNESS:  ██  ████████████  ████

5      ████████████

6      BY MR. LAM:

7          Q    Right.

8          A    From who?

9          Q    From Symantec.

10         A    ███

11         Q    I'll show you an example.  I'll hand you

12     what's been previously marked as exhibit 1035.  I'll

13     represent to you this was an edited transcript of a

14     Symantec earnings call, might have been the most recent

15     earnings call, dated May 9, 2019.  Were you aware of

16     such an earnings call conducted by Symantec?

17         A    Yeah, but I didn't call into it.

18         Q    Are you generally aware of what was said or --

19     never mind the specific statements, but are you aware

20     of the general contents of this particular earnings

21     call?

22         A    No.

23         Q    Have you ever seen this transcript before

24     today?

25         A    No.

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2      Q    No?

3           Will you turn to page 5 of this transcript.

4      -- actually, let me take it from the top so there's no

5      confusion here, Ms. Knop.

6           On page 3 on page 3, do you see Richard S

7      hill's name there?

8      A    Yes.

9      Q    He's interim CEO of Symantec; is that right?

10     A    Yes.

11     Q    So the statements that follow his name, these

12     are statements that will being attributed to him, they

13     carry all the way -- at least this segment of his

14     statements carry all the way through much of page 5 of

15     the transcript.  So I'd like you to turn to page 5.

16     Staying with Mr. Hill's statements and not moving

17     forward to the next speaker statements, which is

18     Nicholas Noviello, if you look at page 5, the second

19     full paragraph begins with the phrase, our ProxySG and

20     web security service.  Do you see that?

21     A    Yes.

22     Q    Will you read that paragraph to yourself,

23     please, and let us know when you're done.

24     A    Okay.

25     Q    Within that paragraph, Mr. Hill stated, the

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

```
 2    move to the cloud was much quicker than thought.  We

 3    were behind with our product offering, but today are

 4    back with superior performance through our competitor

 5    and so forth.

 6              Do you see that?

 7        A    Yes.

 8        Q    So do you have any idea what Mr. Hill was

 9    referring to by saying that we were behind with our

10    product offering?

11              MS. GRISSUM:  Objection.  Speculation.

12              THE WITNESS:  ███████████████████

13    ████████████████████████████████████████████

14    ██████████  ███████████████  ████████████████████

15    ████████████████████████████████████████████

16    ████████████████████████  ████████████████████

17    BY MR. LAM:

18        Q    Have you ever heard feedback within Symantec

19    or outside Symantec, to the effect that Symantec was

20    slower to move to the cloud than others in the

21    industry?

22              MS. GRISSUM:  Objection.  Compound.

23              THE WITNESS:  ██████████████████████████

24    ███████████████████████

25              ///
```

2    BY MR. LAM:

3         Q    I'm asking ███████████████████████████

4    ████████████████████████████████████████████

5              MS. GRISSUM:  Objection.  Vague.

6              THE WITNESS:  For what product?

7    BY MR. LAM:

8         Q    For any product.

9         A    ████████████████████    ███████████████

10   ████████████

11        Q    Will you go to page 11 of this transcript,

12   please.  The bottom of that page, Ms. Knop, has

13   statements again attributed to Mr. Hill and there's.

14   There's one paragraph at the bottom of page 11

15   attributed to him.  Will you read that paragraph to

16   yourself and let us know when you're done, it begins

17   with the phrase, "while I'll give my best analysis."

18              Do you see that?

19        A    Yes.  All right.

20        Q    In that particular paragraph, Mr. Hill refers

21   to quote, our core business, which is the Blue Coat

22   systems.  Do you see that?

23        A    Yes.

24        Q    Do you know which products he was talking

25   about in particular?

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2       A

3                   MS. GRISSUM:  Objection.  Speculation.

4                   THE WITNESS:

5       BY MR. LAM:

6           Q    Yes, I'm referring to that part of his

7       statement.  Our core business which is the Blue Coat

8       systems.  Do you know if he was talking about any

9       Symantec product?

10                  MS. GRISSUM:  Objection.  Speculation.

11                  THE WITNESS:

12

13

14

15      BY MR. LAM:

16          Q    Right.  In response to one of my earlier

17      questions, you said that Symantec has 40 or more

18      products.

19          A    Yes.

20          Q    Yes.  So I'm trying to see -- I'm trying to

21      ask you within those 40 products or more, you meant to

22      include what Mr. Hill refers to as "our core business,

23      which is the Blue Coat systems"?

24          A    Of the 40, yes, Blue Coat products are there,

25      yes.

2      Q    But you don't believe ██████████████████

3   ██████████████████████  is that right?

4      A   ████████████████████  ███████████████████

5   █████████████████████  █████████████████████

6      Q    What is the  ████████

7      A   ████████████████████  ██████████████

8      Q    What other business of Symantec's do you

9   consider ████████████████████████████

10     A   ███████  █████████  ██████████

11     Q    Any others?

12     A    Those are the big areas.

13     Q    Following the part -- the excerpt that I read,

14  Mr. Hill also stated, "and we had a weakness in our

15  cloud solution."

16          Do you know if by "cloud solution" he was

17  referring to any Symantec product in particular?

18          MS. GRISSUM:  Objection. Speculation.

19          THE WITNESS:  █████████████

20          (Simultaneous colloquy.)

21  BY MR. LAM:

22     Q    You didn't contribute to preparing any of the

23  statements that were made in this earnings call; is

24  that right?

25     A   ███████

** ROUGH DRAFT * NOT CERTIFIED *  NOT TO BE CITED AS ORIGINAL TRANSCRIPT **

2        Q    Do you disagree with what Mr. Hill is saying

3    here?

4             MS. GRISSUM:  Objection.  Vague.  Speculation.

5             THE WITNESS:  ███████

6    BY MR. LAM:

7        Q    ████████

8        A    ███████████████████████████████████████  ███

9    ███████████████████████████████  █████████████████████

10   █████████████████████

11       Q    But you wouldn't know why he made these

12   statements; is that right?

13       A    ██████

14       Q    Okay.  Let's put that aside.

15       Q    Let me re-ask that last question because I

16   don't think the Q and A came across clearly.  I should

17   have asked do you know why Mr. Hill made those

18   statements?

19       A    ██████

20       Q    I'm handing you what's been marked

21   Exhibit 1206, Ms. Knop.

22            (Defendants' Exhibit 1206 was marked.)

23   BY MR. LAM:

24       Q    Please tell us whether you've seen

25   Exhibit 1206 before today.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                        May 30, 2019

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


SYMANTEC CORPORATION,

      Plaintiff,

vs.                                    Case No. 3:17-cv-04426-JST

ZSCALER, INC.,

      Defendant.

-------------------------/



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


30(B)(6) DEPOSITION OF SYMANTEC CORPORATION

DESIGNEE:  KAYVON SADEGHI

Palo Alto, California

Thursday, May 30, 2019




Reported by:

JANIS JENNINGS

CSR No. 3942, CLR, CCRR

Job No. 46703

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                May 30, 2019

126

1    necessarily characterize it as early or late.

2             MR. LAM:  Let's mark this as the next in

3    order.  1035, I believe.

4             (Exhibit 1035 marked for identification.)

5    BY MR. LAM:

6        Q.   Mr. Sadeghi, the court reporter has handed

7    you what has been marked Exhibit 1035, which I will

8    represent to you is a copy of a -- well, what's

9    entitled "Edited Transcript" put out by Thomson

10   Reuters that we obtained from the Internet that

11   appears to reflect a very recent earnings call by

12   Symantec.  To be exact, as the cover page of

13   Exhibit 1035 shows, this is dated May 9, 2019, and

14   it's for Q4 2019 Symantec.

15            Have you ever had occasion as director of

16   competitive marketing to review the contents of any

17   Symantec earnings calls?

18       A.   Before the release?

19       Q.   Either before or after release.  I mean,

20   have you ever reviewed -- let me -- let me ask you a

21   different question.

22            First, are you aware of the May 19, 2019

23   earnings calls that I'm referring to by way of

24   Exhibit 1035?  Were you aware of it?

25       A.   I'm assuming this is the latest earnings

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                          May 30, 2019

127

1    **call?**

2        Q.   I don't know whether it's the latest

3    Symantec earnings call.  I'm just asking you whether

4    you're aware of this particular earnings call,

5    May 19- -- excuse me -- May 9th, 2019.

6            MR. WALTERS:  Counsel, has this document

7    been produced?

8            MR. LAM:  I don't know whether it's been

9    produced yet, but we'll produce it if we haven't.

10           MR. WALTERS:  I'm going object to the

11   questions surrounding this document.  It's not been

12   produced.  It also appears to be outside the scope

13   of his testimony.

14           Will you give me a standing objection on

15   that?

16           MR. LAM:  Sure.  You can have your standing

17   objection.

18   BY MR. LAM:

19       Q.   Mr. Sadeghi, I don't know whether May 9,

20   2019 is the most recent Symantec earnings call date.

21   But I'm asking you whether you're aware of this

22   particular earnings call on that date.

23       **A.   I believe this is the latest one.  And if it**

24   **is, yes, I am.  May 9th...  I believe so.**

25       Q.   I -- if my math is correct, this would --

Henderson Legal Services, Inc.

202-220-4158              www.hendersonlegalservices.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

128

1    this would have been three weeks ago?

2       **A.   Correct.  Yeah.  That's what I'm saying.**

3    **It's probably the latest one, and if that's the**

4    **case, yes, I am aware of it.**

5       Q.   I can represent to you that we pulled this

6    off the Internet less than three weeks ago.

7       **A.   What I'm not clear on -- what do you mean by**

8    **"aware"?  I mean, are you asking me whether I know**

9    **the contents of it?**

10      Q.   Well, first, let me just ask you a basic

11   foundational question.  Were you aware that Symantec

12   had an earnings call on May 9th?

13      **A.   Yes.**

14      Q.   Are you generally familiar with the contents

15   of that earnings call?

16      **A.   Yes.**

17      Q.   The edited transcript that's reflected in

18   Exhibit 1035, if you will turn to the first page

19   after the cover page -- and I apologize.  I don't

20   have a litigation production number on -- on this

21   particular exhibit, and Mr. Walters might be correct

22   about the possibility that we haven't produced this

23   yet because it's such a recent document.

24           But there are, thankfully, page numbers on

25   the bottom right-hand corner of the transcript

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

129

1    itself.  Do you see page 2?

2        A.   I do.

3        Q.   Do you see the top section of page 2 where

4    it refers to "Corporate Participants"?

5        A.   Yes.

6        Q.   Okay.  Everybody listed, except for perhaps

7    Vincent Pilette, P-i-l-e-t-t-e, is someone at

8    Symantec Corporation presently; is that correct?

9        A.   No.

10       Q.   Who among these listed corporate

11   participants is no longer at Symantec, to your

12   knowledge?

13       A.   Nicholas Noviello.  And I have no idea

14   whether the first two people are -- still are with

15   the company.  I don't know of them.

16       Q.   So you know that Nicholas Noviello has

17   between three weeks ago and today left Symantec; is

18   that correct?

19       A.   Correct.

20       Q.   Who was formerly executive VP and CFO; is

21   that right?

22       A.   That's correct.

23       Q.   Is Richard Hill still at Symantec?

24       A.   He is.

25       Q.   What's his current position?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                          May 30, 2019

130

1       A.   He's the interim CEO.

2       Q.   Will you please turn to page 5 of the

3   transcript.

4       A.   And I'm sorry.  I need to correct something.

5   Arthur is actually part of the company.  It's just

6   that he's known by a different name.

7       Q.   You were referring to Mr. Gilliland?

8       A.   I believe, yes.

9       Q.   Okay.  Please turn to page 5 of the

10  transcript.  And I'll just tell you now that the

11  premise of my question or my questions about this

12  transcript is the -- ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

16      A.   Uh-huh.

17      Q.   If you look at the second full paragraph on

18  page 5 -- and these are statements that are

19  attributed to Mr. Hill -- if you could just read

20  that paragraph to yourself, and let us know when you

21  are done.

22      A.   Second --

23      Q.   Second full paragraph, the paragraph that

24  begins with the phrase "Our ProxySG and Web Security

25  Service."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                                   May 30, 2019

131

1           Do you see that?

2      A.    Yeah, I do.

3      Q.    All right.  Please read that paragraph to

4  yourself, and let us know when you're done.

5      A.    Okay.  Just -- just that paragraph?

6      Q.    Yes.

7      A.    Okay.

8      Q.    In response to my questions, you should feel

9  free to read as much of this document as you want.

10     A.    Sure.

11     Q.    Now, earlier today you explained that

12 ProxySG refers to an on-prem product; right?

13     A.    Correct.

14     Q.    "Web Security Service," or "WSS," refers to

15 something that's in-cloud; correct?

16     A.    Correct.

17     Q.    The second statement in the paragraph you

18 just read says:

19           "The ProxySG business, which is the

20           Blue Coat hardware proxy bundle, has

21           fallen off quicker than we anticipated,

22           and as a result, we have not experienced

23           as large of a refresh cycle as we

24           expected."

25           Do you see that?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                      May 30, 2019

132

1     A.    I do.

2     Q.    It continues:

3           "The cause is clear.  The move to the

4           cloud was much quicker than we thought."

5           I'll stop right there.  ███████████████

6 ███████████████████████████████████████████████

7     A.    ███████████

8     Q.    The paragraph continues:

9           "We were behind with our product

10          offering, but today, are back with

11          superior performance through our

12          competitor, supported by a growth

13          rate twice the market growth, but

14          unfortunately, from a much smaller

15          base."

16          Do you see that?

17    A.    Uh-huh.  Yes.

18    Q.    What competitor -- do you have any idea what

19    competitor is being referred to here?

20          MR. WALTERS:  Objection.  Calls for

21    speculation.

22          THE WITNESS:  ███████████

23    BY MR. LAM:

24    Q.    So going back to the premise of my questions

25    about this particular earnings call, Mr. Sadeghi,

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

133

1    here Mr. Hill says, "We were behind with our product

2    offering," and I take that to mean the move to the

3    cloud, which is in the preceding sentence.  Do you

4    read it the same way?

5         A.    ████████████████████

6         Q.    So do you have any idea what Mr. Hill is

7    referring to by "being behind with our product

8    offering"?

9         A.    ████████████████████████████████████████



21              (Clarification requested by Reporter.)

22              THE WITNESS:    ████

23   BY MR. LAM:

24        Q.    Is email considered a consumer product?

25        A.    No.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

134

1      Q.   If you go to the next paragraph -- so hang

2   on before we move on.

3      A.   Sure.

4      Q.   It's fair to say you don't know for sure

5   what Mr. Hill meant by "We were behind with our

6   product offering"; right?

7      A.   ███████████████████████████████████████

8   ██ ████████████████████████████

9      Q.   Okay.  So you might not know what he means.

10  Do you have any idea what his motivation for saying

11  that was?

12           MR. WALTERS:  Objection.  Calls for

13  speculation.

14           THE WITNESS:  ████████████████

15  BY MR. LAM:

16     Q.   If you go to the next paragraph, it refers

17  to something called "SEP," or "Symantec endpoint

18  product."  Do you see that?

19     A.   I do.

20     Q.   All right.  Would you read that short

21  paragraph to yourself --

22     A.   Sure.

23     Q.   -- and let us know when you're done.

24     A.   Done.

25     Q.   Is SEP what you previously referred to as

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

135

1    "endpoint product"?

2        **A.   Correct; yes.**

3        Q.   I take this paragraph describing SET -- SEP

4    to be distinct from the earlier paragraph describing

5    ProxySG and WSS.  Do you view it the same way?

6        **A.   Let me read the two again.  Give me a**

7    **minute.**

8        ██████████████

9        Q.   So in the previous paragraph where Mr. Hill

10   states, "We were behind with our product offering,"

11   when I earlier asked you what he might have meant by

12   that, ██████████████████████████████████.  Does

13   reading the next paragraph indicate to you that he

14   ████████████████████████████████████████████████

15            MR. WALTERS:  Objection.  Calls for

16   speculation.

17            THE WITNESS:  ██████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ██████████████████████████████████████████

██  ████████████  ████████████████████████████████

██  ██████████████████████████████████████████████

██  ████████████████████

24   BY MR. LAM:

25       Q.   You said earlier that you might have heard

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sadeghi, Kayvon                                          May 30, 2019

136

1    statements to the effect that Symantec ██████████

     ████████████████████████████████████ but you were not

3    certain.

4           Sitting here today and before reading this

5    transcript, ████████████████████████████████████

     ████████████████████████████████████████████████

     █████████████████████████████████████████████████████

     █████████████████████████████████████

9           MR. WALTERS:  Objection.  Asked and

10   answered.

11          THE WITNESS:  I'm sorry.  What was that?

12          MR. WALTERS:  You can answer.

13          THE WITNESS:  Oh, okay.

14          Can you repeat the question, please.

15   BY MR. LAM:

16      Q.   Yes.  You tell me whether it's a fair

17   recapture of your --

18      **A.   Sure.**

19      Q.   -- earlier testimony.

20          I believe you suggested, if not outright

21   said, that it's possible you've heard statements

22   ████████████████████████████████████████████

     █████████████████████████████████████████████

     █████████████████████████████████████████████████

     ████████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

137



1      **A.**      ███

2         Q.   I'm asking --  I'm testing that proposition,

3    Mr. Sadeghi.  Is it really the case ████████████████

4    ███████████████████████████████████████████████████

5    ██████████████████████████████████████████

6    ████████████████████████████████████████████████████

7    ███████████████████████████████████████████

8    ███████████████

9             MR. WALTERS:  Objection.  Asked and

10   answered.

11            THE WITNESS:  I think what I was saying is

12   that ████████████████████████████████████████████

13   ██████████████████  ████████████████████████████

14   ████████  ██████████████████████████████████████

15   ████████████████████████████████████████████████

16   BY MR. LAM:

17        Q.   I'm asking no longer ████████████████

18   ███████████████

19      **A.   Uh-huh.**

20        Q.   ████████████████████████████████████████

21   ████████████████████████████

22            MR. WALTERS:  Objection.  Asked and

23   answered.

24            THE WITNESS:  ███████████████████████

25   / / /

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                        May 30, 2019

138

1   BY MR. LAM:

2        Q.   Let's move on in this transcript to page 11.

3   At the bottom segment of this page, Richard Hill is

4   again quoted.  I'll just read this.  Do you see the

5   phrase, "Well, I'll give my best analysis"?

6        **A.   Yeah.**

7        Q.   Okay.  He's quoted as saying:

8             "Well, I'll give my best analysis that

9             I've had since I've been working on this

10            data for about 3 weeks.  I think the

11            largest single factor affecting this

12            downward trend is what I spoke about in

13            my initial remarks which is the fact

14            that our core business, which is the

15            Blue Coat systems, our customers are

16            moving to the cloud more quickly, okay?

17            And we had a weakness in our cloud

18            solution."

19            All right.  Do you see that so far?

20       **A.   I do.**

21       Q.   Do you agree with these statements?

22       ▮       ████████████████████████████████████

████████████████████████████████████      ████████████████████

████████████████████████████      ████████████████

████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

139

1     Q.   Have you heard statements to this effect

2  before reading what I just quoted from Mr. Hill?

3  ████   ████   ████████████████████████████████

████████████████████████████████████████████████

████████████   ██████████████████████████████████

████████████

7     Q.   Can you identify any particular weaknesses

8  in Symantec's cloud solution that Mr. Hill might be

9  referring to here?

10        MR. WALTERS:  Objection.  Calls for

11  speculation.

12        THE WITNESS:  ████████████████████████████

████████████████████████████████████████████████

████████████████

15  BY MR. LAM:

16    Q.   I won't read the rest of this into the

17  transcript.  But would you read the rest of the

18  paragraph --

19    **A.   Sure.**

20    Q.   -- at the bottom of page 11 to yourself, and

21  let us know when you're done.

22    **A.   Sure.  Okay.**

23    Q.   Mr. Sadeghi, as director of competitive

24  marketing, you help fashion statements to be made by

25  Symantec's sales engineers and nonengineering

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

140

1    salespeople; is that correct?

2         A.    **That's correct.**

3         Q.    Those statements include statements to

4    potential customers; right?

5         A.    **Correct.**

6         Q.    Do they also include statements beyond that

7    to the public more broadly?

8         A.    **No.**

9         Q.    "No."

10        A.    **No.**

11        Q.    Do you personally have any input into

12   statements that are made at Symantec's earnings

13   calls?

14        A.    ███

15        Q.    Is there anything you read from the

16   paragraph that is at the bottom of page 11 of this

17   transcript -- and I saw that you continued through

18   the top of page 12 -- anything in there that you

19   disagree with?

20             MR. WALTERS:  Objection.  Vague.

21             THE WITNESS:  I have to read it again ███

███ ████████████████████████████████████████████

███ ██████     ███████████████████████████████████

███ ████████████████████████

25   / / /

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                    May 30, 2019

141

1   BY MR. LAM:

2       Q.   Do you know why Mr. Hill sounds ████

████████████████████████████████

4            MR. WALTERS:  Objection.  Calls for

5   speculation.

6            THE WITNESS: ████████████████████████

████████████████████████████████

8   BY MR. LAM:

9       Q.   Do you know whom Mr. Hill gets the

10  information that's reflected in the paragraph at the

11  bottom of page 11 from?

12      A.   ████████████

13      Q.   Do you know who at Symantec has any input to

14  statements that are made at Symantec earnings calls?

15      A.   ████████████████████████████████████

████████████████████████████

17      Q.   Is there anybody from the competitive

18  marketing team that participates in the process of

19  preparing for an earnings call?

20      A.   ████

21           MR. LAM:  Let's take our lunch break.

22           THE VIDEOGRAPHER:  We are going off the

23  record.  The time is 12:40 p.m.  This marks the end

24  of media No. 3.

25           (Luncheon recess.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Sadeghi, Kayvon                                        May 30, 2019

245

1            I, JANIS JENNINGS, CSR No. 3942, Certified

2       Shorthand Reporter, certify:

3            That the foregoing proceedings were taken

4       before me at the time and place therein set forth, at

5       which time the witness was duly sworn by me;

6            That the testimony of the witness, the

7       questions propounded, and all objections and statements

8       and accurate record of all proceedings and testimony.

9            Pursuant to F.R.C.P. 30(e)(2) before

10      completion of the proceedings, review of the transcript

11      [  ] was [X] was not requested.

12           I further certify that I am not a relative or

13      employee of any attorney of the parties, nor financially

14      interested in the action.

15           I declare under penalty of perjury under the

16      laws of California that the foregoing is true and

17           Dated this 11th day of June 2019.

18

19

20           JANIS JENNINGS, CSR NO. 3942

21           CLR, CCRR

22

23

24

25

Henderson Legal Services, Inc.
202-220-4158                    www.hendersonlegalservices.com

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

_____

SYMANTEC CORPORATION,          )
                               )
        Plaintiff,             ) Civil No.
                               ) 3:17-cv-04426-JST
   v.                          ) Honorable Jon S. Tiger
                               )
ZSCALER, INC.,                 ) HIGHLY CONFIDENTIAL
                               ) ATTORNEYS' EYES ONLY
        Defendant.             ) INFORMATION
_____

VIDEOTAPED DEPOSITION OF JOHN AHLANDER

June 12, 2019  9:01 a.m.

Location: CitiCourt Reporting
236 South 300 East
Salt Lake City, Utah 84111

Reporter:  Heidi Hunter, RPR, CCR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Ahlander, John                                                    June 12, 2019

151

1      **A**     **Interim CEO.**

2      Q      Interim CEO.

3            And Mr. Clark is no longer the CEO of the

4      company; is that right?

5      **A**     **Correct.**

6            MS. SESSIONS:  I'm going to ask the court

7      reporter to mark as Exhibit 1113 as the next document.

8            MS. GRISSUM:  I think we're on 1114.

9            MS. SESSIONS:  Then I will ask for 1114,

10     please.

11                    (EXHIBIT 1114 WAS MARKED.)

12            MS. GRISSUM:  For the record, has this

13     previously been produced?

14            MS. SESSIONS:  It has been, and I don't have

15     the Bates-stamped version printed out here, but the

16     document has been produced to Symantec, and I'll be

17     happy to provide the Bates number when I can look at my

18     phone.

19            And I will represent to you-all that

20     Exhibit 1114 is a version of this document that I

21     downloaded from the internet.

22     Q      (BY MS. SESSIONS) Mr. Ahlander, Exhibit 1114

23     is a document titled "Edited Transcript of the Symantec

24     2019 Fourth Quarter Earnings Call."  Correct?

25     **A**     **Yeah.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Ahlander, John                                                    June 12, 2019

152

1      Q     If you could -- did you have any role in

2   preparing any of the Symantec executives to speak on

3   this earnings call?

4          MS. GRISSUM:   Objection; vague.

5      **A     No, I had no role in the earnings call.**

6      Q     Did you review -- and this is just a yes-or-no

7   question -- any draft materials for the earnings call

8   before the earnings call occurred?

9      **A     I had no participation at all in the earnings**

10  **call.**

11     Q     Have you reviewed a transcript or did you --

12  of this fourth quarter 2019 earnings call prior to

13  today?

14     **A     I have not reviewed the transcript.**

15     Q     Have you -- did you listen to the earnings

16  call either live or as a recording?

17     **A     I believe I listened to part of it.**

18     Q     And did you listen to that part of it live?

19     **A     Yeah, I think.**

20     Q     Could you please turn to page 5 of

21  Exhibit 1114.

22     **A     Yeah.**

23     Q     And I'm going to ask you about Mr. Hill's

24  statement in the center of page 5 in the paragraph that

25  begins "Our ProxySG and Web Security Service product."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Ahlander, John                                                        June 12, 2019



153

1          Do you see that?

2     **A     Yes.**

3     Q     And please review that paragraph and then I

4     can ask you some questions.

5     **A     Okay.**

6     Q     Mr. Hill stated in the second sentence of this

7     paragraph that "the ProxySG business, which is the Blue

8     Coat hardware proxy bundle, has fallen off quicker than

9     we had participated, and as a result we've not

10    experienced as large a refresh cycle as we expected."

11          Do you agree with Mr. Hill's statement that

12    the ProxySG business has fallen off quicker than

13    Symantec expected?

14          MS. GRISSUM:  Objection; scope.

15    **A     ████████████████████████████████  █**

      ████████████████████████████████████████████

      ████████████████████████████████████

18    Q     So you can't speak one way or the other to the

19    statement that the ProxySG business has fallen off

20    quicker than we expected?

21          I think your -- your response was not audible.

22    **A     ██████████████████████████████████**

      ████████████████████████████████

24    Q     And then Mr. Hill stated, "The cause is clear

25    the move to cloud was much quicker than we thought."

Henderson Legal Services, Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Ahlander, John                                              June 12, 2019

154

1          Do you agree with Mr. Hill's statement that

2    the move to the cloud was much quicker than thought?

3          MS. GRISSUM:  Objection; scope, lacks personal

4    knowledge.

5     **A     This is an executive statement that I wasn't**

6    **part of.  So I don't have any comment on it.**

7     Q     And how about the next sentence:  "We were

8    behind with our product offering."

9          Do you have a basis to agree or disagree with

10   Mr. Hill's statement we were behind with our product

11   offering?

12         MS. GRISSUM:  Objection; scope, lacks personal

13   knowledge.

14    **A**     ███████████████████████████████████████

     ██ █████████████

16    Q     Do you know what he meant when he said we were

17   behind with our product offering?

18         MS. GRISSUM:  Objection; speculation.

19    **A     No, and I haven't met him yet.**

20    Q     Okay.  If you could turn to page 11 of

21   Exhibit 1114.

22    **A     Okay.**

23    Q     I'm going to ask you again about Mr. Hill's

24   statement that appears at the bottom of page 11.

25    **A     Sure.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Ahlander, John                                              June 12, 2019

155

1        Q     And the second sentence of Mr. Hill's

2    statement is "I think the largest single factor

3    affecting this downward trend is when I spoke about in

4    my initial remarks, which is the fact that our core

5    business, which is the Blue Coat system, our customers

6    are moving to the cloud more quickly.  Okay."

7             Do you have a basis to agree or disagree with

8    Mr. Hill's statement that the single largest factor

9    affecting this downward trend is that customers are

10   moving to the cloud more quickly?

11            MS. GRISSUM:  Objection; scope, lacks personal

12   knowledge.

13       A     ███████████████████████████████████████

14       Q     And then the next sentence reads, "And we had

15   a weakness in our cloud solution."

16            Do you know what Mr. Hill is referring to as a

17   weakness in our cloud solution?

18            MS. GRISSUM:  Objection; scope, lacks personal

19   knowledge.

20       A     ████████   ████████████████████

     ██   █████████████

22       Q     Do you have a basis to agree or disagree with

23   Mr. Hill's statement that we had a weakness in our cloud

24   solution?

25            MS. GRISSUM:  Objection; scope.  Lacks

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Ahlander, John                                    June 12, 2019

156

1    personal knowledge.

2         A     ███████████████████████████

3              MS. SESSIONS:  Thank you, sir.  I have no

4    additional questions for you.

5              MS. GRISSUM:  I have no further questions.

6              VIDEOGRAPHER:  We are going off the record.

7    The time is 2:51.

8                   (Concluded at 2:51 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

157

1                    REPORTER'S CERTIFICATE

2    STATE OF UTAH            )

3    COUNTY OF WASHINGTON )

4

5            I, Heidi Hunter, RPR, CCR, for the state
     of Utah.  That I reported the taking of the
6    deposition of the witness, JOHN AHLANDER, on June
     12, 2019.  That prior to being examined, the witness
7    was by me was duly sworn to testify to the truth,
     the whole truth, and nothing but the truth.

8
             That I thereafter transcribed my said
9    shorthand notes into typing and that the typewritten
     transcript of said deposition is a complete, true
10   and accurate transcription of my said shorthand
     notes taken at said time.

11
             That in accordance with Rule 30(e) of the
12   16 Utah Rules of Civil Procedure, no counsel for any
     party nor the deponent having requested on the
13   record the right to review that transcript, the
     original transcript has been sealed and returned to
14   the attorney noticing the deposition, Justina
     Sessions.

15
             I further certify that I am not of kin or
16   otherwise associated with any of the parties to said
     cause of action, and that I am not interested in the
17   event thereof;

18
             IN WITNESS WHEREOF, I have hereunto set my
19   hand and affixed my official seal in my office in
     the County of Salt Lake, State of Utah, this _____
20   day of _____, 2019.

21

22           _____

23                   Heidi Hunter, RPR, CCR

24

25