UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ZSCALER, INC.,<br><br>    Defendant. | Case No. 17-cv-04426-JST<br><br>**ORDER DENYING MOTION TO CHANGE NOVEMBER 20, 2019 HEARING DATE**<br><br>Re: ECF No. 360 |

Before the Court is Symantec's motion to change the November 20, 2019 hearing date for Zscaler's motion to strike to December 18, 2019. ECF No. 360. Having considered Symantec's motion and Zscaler's opposition, the Court hereby DENIES Symantec's motion.

**IT IS SO ORDERED.**

Dated: November 8, 2019



JON S. TIGAR
United States District Judge