BAKER BOTTS L.L.P.
Kurt M. Pankratz (SBN 24013291) (Pro Hac Vice)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (Pro Hac Vice)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (Pro Hac Vice)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (Pro Hac Vice)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (Pro Hac Vice)
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (Pro Hac Vice)
morgan.grissum@bakerbotts.com
Bryan Parrish (SBN 24089039) (Pro Hac Vice)
bryan.parrish@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (Pro Hac Vice)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206
Fax: (415) 291-6306

Attorneys for Plaintiff
SYMANTEC CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND**

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>ZSCALER, INC.,<br><br>          Defendant. | Case No. 4:17-CV-04426-JST<br><br>**Joint Stipulation of Dismissal With Prejudice of All Claims and Counterclaims**<br><br>The Honorable Jon S. Tigar<br><br>Date Filed: December 12, 2016<br>Trial Date: June 15, 2020 at 8:00 am |

Joint Stipulation of Dismissal With Prejudice – Case: 4:17-cv-04426-JST

1    Plaintiff Symantec Corporation and CA, Inc., who acquired all of Symantec's rights,
2  titles, and interests in this case, and Defendant Zscaler, Inc. notify the Court that the parties have
3  resolved their disputes.  Under Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismiss all
4  claims and all counterclaims in this case with prejudice.  Each party will bear its own fees and
5  costs.

| | |
|---|---|
| Dated: January 13, 2020 | Respectfully submitted, |
| KEKER, VAN NEST & PETERS LLP | BAKER BOTTS L.L.P. |
| */s/ Robert A. Van Nest* | */s/ Kurt M. Pankratz* |
| Robert A. Van Nest | Kurt M. Pankratz |
| Leo L. Lam | Chad C. Walters |
| Matthew M. Werdegar | James Williams |
| Justina K. Sessions | Harrison Rich |
| Bailey W. Heaps | Clarke Stavinoha |
| David J. Rosen | Morgan Grissum |
| Anna Porto | Bryan Parrish |
| | Casey L. Shomaker |
| Attorneys for Defendant ZSCALER, INC. | Wayne O. Stacy (SBN 341579) wayne.stacy@bakerbotts.com 101 California Street, Suite 3600 San Francisco, CA 94111 Tel: (415) 291-6206 Fax: (415) 291-6306 |
| | Attorneys for Plaintiff SYMANTEC CORPORATION (and CA, INC., Symantec Corporation's successor in interest to all rights, titles, and interests in this case) |

## **ATTESTATION**

Under Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: January 13, 2020                    By: */s/ Kurt M. Pankratz*
                                                Kurt M. Pankratz
                                                Baker Botts L.L.P.

                                           Attorneys for Plaintiff SYMANTEC CORP. (and CA, INC., Symantec Corporation's successor in interest to all rights, titles, and interests in this case)